United States District Court
Northern District of California

FILED
2014 JUL 17 P 2: 14

CRIMINAL COVER SHEET

NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

WHO

**Case Name:**
USA v. FEDEX CORP., FEDEX EXPRESS, FEDEX SVCS.

**Case Number:**
CR 14 380

**Total Number of Defendants:**
1 ☐    2-7 ☑    8 or more ☐

**Is This Case Under Seal?**
Yes ☐    No ☑

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ☐    No ☑

**Venue (Per Crim. L.R. 18-1):**
SF ☑    OAK ☐    SJ ☐    EUR ☐    MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**
Yes ☐    No ☑

**Assigned AUSA (Lead Attorney):**
Kirstin M. Ault

**Is this a RICO Act gang case?**
Yes ☐    No ☑

**Date Submitted:**
7/17/2014

**Comments:**

Save    Print    Clear Form

July 2013