1 | MELINDA HAAG (CABN 132612)
United States Attorney
2
J. DOUGLAS WILSON (DCBN 412811)
3 | Chief, Criminal Division

4 | KIRSTIN M. AULT (CABN 206052)
KYLE F. WALDINGER (ILBN 6238304)
5 | Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
7     Telephone: (415) 436-6940
    FAX: (415) 436-7234
8     Kirstin.ault@usdoj.gov
    Kyle.waldinger@usdoj.gov
9
Attorneys for United States of America
10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 14 | UNITED STATES OF AMERICA ) | CR No. 14-380 CRB |
| 15 | Plaintiff, ) | JOINT STATUS CONFERENCE STATEMENT |
| 16 | v. ) | |
| 17 | FEDEX CORPORATION, ) FEDEX EXPRESS, INC., ) | |
| 18 | FEDEX CORPORATE SERVICES, INC., ) | |
| 19 | Defendants ) | |
| 20 | _____ ) | |

21     The United States of America, by and through MELINDA HAAG, United States Attorney for

22 the Northern District of California, and KIRSTIN M. AULT and KYLE F. WALDINGER, Assistant

23 United States Attorneys for the Northern District of California, and the defendants, FEDEX

24 CORPORATION, FEDEX EXPRESS, INC., and FEDEX CORPORATE SERVICES, INC.

25 (collectively "FEDEX"), and their attorney CRIS ARGUEDAS, submit the following Joint Status

26 Conference Statement:

27     1.    The Grand Jury returned an indictment in this matter on July 17, 2014.

28

JOINT STATUS CONFERENCE STATEMENT
CR No. 14-380 CRB

2. On July 17, 2014, the United States submitted a Notice of Related Cases. On July 21, 2014, the Court related this matter to the Honorable Charles R. Breyer.

3. On July 18, 2014, the defendants requested that the United States provide discovery in this matter pursuant to Federal Rule of Criminal Procedure 16.

4. On July 23, 2014, the parties submitted a stipulated protective order for the Court's consideration.

5. The United States intends to begin producing discovery to the defense on July 29, 2014, once a protective order has been entered by the Court.

6. The United States intends to present a superseding indictment to the grand jury by August 28, 2014.

7. The parties request that a status conference be set for September 24, 2014, at 2:00 p.m. before the Honorable Charles R. Breyer. The parties will meet and confer regarding a proposed pre-trial motions schedule prior to the status conference.

Respectfully Submitted:

MELINDA HAAG
United States Attorney

DATED: July 25, 2014

KIRSTIN M. AULT
KYLE F. WALDINGER
Assistant United States Attorneys

DATED: 7/25, 2014

CRIS ARGUEDAS
Attorney for FEDEX CORPORATION, FEDEX EXPRESS, INC., and FEDEX CORPORATE SERVICES, INC.