Cristina C. Arguedas (CalBN 87787)
   Email: arguedas@achlaw.com
Ted W. Cassman (CalBN 98932)
   Email: cassman@achlaw.com
Raphael M. Goldman (CalBN 229261)
   Email: goldman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

Allen J. Ruby (CalBN 47109)
   Email: allen.ruby@skadden.com
Jack P. DiCanio (CalBN 138782)
   Email: jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
525 University Avenue Suite 1100
Palo Alto, CA  94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Counsel for FedEx Corporation,
Federal Express Corporation and
FedEx Corporate Services, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FEDEX CORPORATION, FEDEX EXPRESS, INC., and FEDEX CORPORATE SERVICES, INC., <br><br> Defendants. | **No. CR 14-380 (CRB)** <br><br> **FEDERAL RULE OF CRIMINAL PROCEDURE 12.4 DISCLOSURE STATEMENT** |

Federal Express Corporation and FedEx Corporate Services, Inc. are wholly-owned subsidiaries of FedEx Corporation.[1]  FedEx Corporation is a publicly-traded company that trades on the New York Stock Exchange under the ticker symbol FDX.

---

[1] The indictment refers to "FedEx Express, Inc."  There is no such entity.  The company is incorporated as Federal Express Corporation.

FedEx Corporation has no corporate parent, and no single entity owns more than 10% of its stock.

Dated: July 28, 2014

Respectfully submitted,        ARGUEDAS, CASSMAN & HEADLEY, LLP

By: _____/s/_____
Cristina C. Arguedas
803 Hearst Avenue
Berkeley, CA 94710
(510) 845-3000

*Counsel for FedEx Corporation,
Federal Express Corporation and
FedEx Corporate Services, Inc.*