IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDEX CORPORATION, et al.,<br><br>    Defendants.<br>_____ / | No. CR 14-00380 CRB<br><br>**Clerk's Notice** |

YOU ARE NOTIFIED THAT the Court has vacated the hearing regarding the third motion to intervene and third motion to disqualify judge. The motion (doc no. 47) has been taken under submission.

Dated: December 3, 2014                                     FOR THE COURT,

                                                                             Richard W. Wieking, Clerk

                                                                             By: _____
                                                                                Barbara Espinoza,
                                                                                Courtroom Deputy