UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

FEDEX CORP., et al.,

        Defendants.
                                    /

USA,

        Plaintiff,

  v.

CHOW, et al.,

        Defendants.
                                    /

Case Number: CR14-00380 CRB

CR14-00196 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

KUANG-BAO P. OU-YOUNG
1362 Wright Avenue
Sunnyvale, California 94087

Dated: December 3, 2014

                                              Richard W. Wieking, Clerk

                                              By: Barbara Espinoza, Deputy Clerk