1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   KYLE F. WALDINGER (CABN 298752)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6940
       FAX: (415) 436-7234
8      Kirstin.ault@usdoj.gov
       Kyle.waldinger@usdoj.gov
9
   Attorneys for United States of America
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,              )   CR 14-380 CRB
15                                         )
         Plaintiff,                        )
16                                         )   DECLARATION OF AUSA AULT IN SUPPORT
      v.                                   )   OF OPPOSITION TO MOTION FOR BILL OF
17                                         )   PARTICULARS
   FEDEX CORPORATION,                      )
18 FEDERAL EXPRESS CORPORATION,            )
      (A/K/A FEDEX EXPRESS),               )
19 FEDEX CORPORATE SERVICES, INC.,         )
                                           )
20       Defendants.                       )
                                           )
21 ─────────────────────────────

22     1.    I am one of the Assistant United States Attorneys assigned to the above-captioned matter.

23     2.    On or about July 29, 2014, the United States began producing discovery to the

24 defendants.

25     3.    To date, the United States has produced more than 1,142 gigabytes or 1.14 terabytes of

26 information, including at least 2,899,215 separate files. Wherever possible, the United States has

27 processed this information using optical character recognition ("OCR") techniques that allow the

28 discovery to be electronically searched. The United States has engaged in multiple conversations with

AULT DECL. ISO OPP. TO MOT. FOR BILL
CR 14-380 CRB

1  counsel for the defense to ensure that materials are produced in a manner that is consistent with the discovery-processing technology they are using.

4. Attached hereto as Exhibit 1, is a true and correct copy of sample pages from the discovery guide that is updated and provided to the defense with each production. As of January 9, 2015, the discovery guide encompassed 21 pages and 584 separate entries.

5. In addition to the materials the United States has provided, FedEx produced to the United States over 1 million pages of materials culled from FedEx's corporate records in response to requests from the United States for information related to Internet pharmacies. Included among those materials are documents containing notes, agendas, correspondence and similar materials regarding meetings between FedEx and representatives of government agencies, including the Drug Enforcement Administration.

6. Attached hereto as Exhibit 2 is a true and correct copy of a letter from a FedEx Managing Director to the House Subcommittee on Oversight & Investigations, dated December 29, 2003. FedEx provided this letter to the United States.

7. Attached hereto as Exhibit 3 is a true and correct copy of the testimony of Robert Bryden before the Permanent Subcommittee on Investigations of the Committee on Governmental Affairs, United States Senate, from July 22, 2004, as printed by the U.S. Government Printing Office.

8. Attached hereto as Exhibit 4 is a true and correct copy of the prepared testimony of Bruce Townsend before the Subcommittee on Oversight and Investigations of the Committee on Energy and Commerce, United States House of Representatives, from December 13, 2005, as printed by the U.S. Government Printing Office.

9. Attached as Exhibit 5 is an agenda from the 2006 FedEx Security Summit which FedEx provided to the United States.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

DATED: January 21, 2015

KIRSTIN M. AULT
Assistant United States Attorney

AULT DECL. ISO OPP. TO MOT. FOR BILL     2
CR 14-380 CRB