In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

CRIMINAL MINUTES

**Date:**   February 20, 2015                                  **Time:**   minutes

                                                                                    **Court Reporter:  Debra Pas**

**Case No. and Name:**   CR-14-0380CRB    USA v FedEx Corporation, Federal Express Corporation, FedEx Corporate Services, Inc.

**Attorneys:  (P)** Kristin Ault, Kyle Waldinger  **(D)** Cristina Arguedas, Raphael Goldman, Ted Cassman, Allen Ruby. Christine Richards, Corporate counsel.

**Deputy Clerk:**  Barbara Espinoza

PROCEEDINGS:

Motion for Bill of Particulars #49

Motion to Quash 17c subpoenas #71

SUMMARY:

Motion for bill of particulars is denied, as to the motion to quash 17c subpoena category 1 is denied save and except for paragraph q.  Paragraph q is granted as to all sub parts.  Compliance date of March 20, 2015 regarding rule 17c subpoena.

**() Defendant remanded to custody.**