Cristina C. Arguedas (CalBN 87787)
    Email: arguedas@achlaw.com
Ted W. Cassman (CalBN 98932)
    Email: cassman@achlaw.com
Raphael M. Goldman (CalBN 229261)
    Email: goldman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

Allen J. Ruby (CalBN 47109)
    Email: allen.ruby@skadden.com
Jack P. DiCanio (CalBN 138782)
    Email: jack.dicanio@skadden.com
Patrick Hammon (CalBN 255047)
    Email: patrick.hammon@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Counsel for FedEx Corporation,
Federal Express Corporation and
FedEx Corporate Services, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, FEDERAL EXPRESS CORPORATION, and FEDEX CORPORATE SERVICES, INC.,<br><br>Defendants. | **No. CR 14-380 (CRB)**<br><br>**FEDEX DEFENDANTS' MOTION FOR THE ISSUANCE OF RULE 17(c) SUBPOENAS TO THE FDA, FBI, U.S. CUSTOMS, USPIS, AND STATE LAW ENFORCEMENT AGENCIES**<br><br>Date: May 13, 2015<br>Time: 2:00 p.m.<br>Hon. Charles R. Breyer |

## **TABLE OF CONTENTS**

I.  INTRODUCTION ................................................................................1

II.  FEDEX'S COMMUNICATIONS ABOUT ONLINE PHARMACIES WITH
LAW ENFORCEMENT AGENCIES AND THE PROPOSED SUBPOENAS.......2

    A.  United States Food and Drug Administration [Exhibit A]........................3

    B.  Federal Bureau of Investigation [Exhibit B] ...............................................3

    C.  United States Customs and Border Protection [Exhibit C] ......................4

    D.  United States Postal Inspection Service [Exhibit D] ...............................6

    E.  Florida Department of Law Enforcement [Exhibit E] ...............................7

    F.  Kentucky Office of the Attorney General [Exhibit F] ...............................7

    G.  Kentucky State Police [Exhibit G] ...........................................................9

    H.  West Virginia State Police, West Virginia Board of Pharmacy
       [Exhibits H & I] .....................................................................................10

    I.  Tennessee Bureau of Investigation [Exhibit J].......................................10

    J.  Sullivan County (Tennessee) Sheriff's Office, Bristol (Virginia)
       Police Department, Bristol (Tennessee) Police Department,
       Tazewell County (Virginia) Sheriff's Office [Exhibits K, L, M & N] ..........11

III.  THE PROPOSED SUBPOENAS ARE APPROPRIATE AND
NECESSARY .......................................................................................12

    A.  The Records Sought are Specifically Identified .....................................13

    B.  The Records are Relevant and Evidentiary ...........................................13

    C.  The Records Cannot Be Otherwise Obtained.......................................13

IV.  CONCLUSION..................................................................................14

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>TABLE OF AUTHORITIES</u>

**<u>Cases</u>**

*Bowman Dairy Co. v. United States*, 341 U.S. 214 (1951) ............................................12

*In re Martin Marietta Corp.*, 856 F.2d 619 (4th Cir. 1988)............................................12

*United States v. Crane*, 625 F.3d 568 (9th Cir. 2010) ................................................13

*United States v. Gross*, 24 F.R.D. 138 (S.D.N.Y. 1959) ................................................13

*United States v. Llanez-Garcia*, 735 F.3d 483 (6th Cir. 2013)......................................12

*United States v. MacKey*, 647 F.2d 898 (9th Cir. 1981) ................................................13

*United States v. Nixon*, 418 U.S. 683 (1974)........................................................12, 13

*United States v. Reed*, 726 F.2d 570 (9th Cir. 1984) ................................................12

*United States v. W.R. Grace & Co.*, 401 F. Supp. 2d 1069 (D. Mont. 1995) ...............14


**<u>Other Authorities</u>**

Federal Rule of Criminal Procedure 17 ..................................................................2, 12

Fifth Amendment to the United States Constitution...........................................................12

Sixth Amendment to the United States Constitution.........................................................12

1

## I.     INTRODUCTION

2

3          As the parties and the Court have frequently observed, at the "heart" of the trial

4   of this case — if it proceeds to trial — will be the questions "What did FedEx know?

5   What were they told?  What did they do?  What did they say?"  9/25/2014 Tx (Docket

6   #53) at 5:8-12 & 22-24; *see also* 1/21/2015 Tx (Docket #69) at 8:20-23, 9:24-10:3,

7   11:20-12:16; 2/20/2015 Tx (Docket #85) at 11:3-8.  Records concerning FedEx's

8   communications with law enforcement agencies will help the jury decide several of

9   those vital questions.  The communications will demonstrate what FedEx knew and

10  what it was told.  Perhaps more importantly, the communications will demonstrate what

11  FedEx *did*: the company repeatedly cooperated with law enforcement's efforts to

12  combat rogue internet pharmacies, including aiding law enforcement investigations *of*

13  *some of the very entities with whom FedEx is alleged to have conspired.*  Records of

14  FedEx's communications and cooperation with law enforcement are vital to the

15  company's defense, and FedEx must be permitted to obtain them.

16         The Court has already recognized these principles.  On February 20, 2015, the

17  Court ordered the U.S. Drug Enforcement Administration ("DEA") to comply with the

18  requests in a subpoena seeking records relating to the agency's communications about

19  online pharmacies with FedEx personnel.  The Court observed that the subpoenaed

20  records relate to the "essence of the case."  2/20/2015 Tx (Docket #85) at 6:20-7:6.

21  "We're going to [have] everything that you [the government] said about FedEx, what

22  they knew, when they knew it, what you expected them to do and so forth, all

23  disclosed."  *Id.* at 10:21-24.

24         Yet the DEA is not the only law enforcement agency with whom FedEx

communicated and cooperated on the issue of online pharmacies during the time period

encompassed by the allegations in the superseding indictment ("indictment").  FedEx

also interacted on the issue with the United States Food and Drug Administration

("FDA"), the Federal Bureau of Investigation ("FBI"), United States Customs and Border

Protection ("CBP"), the United States Postal Inspection Service ("USPIS"), the Florida

Department of Law Enforcement ("FDLE"), the Kentucky Office of the Attorney General

("KOAG"), the Kentucky State Police ("KSP"), the Tennessee Bureau of Investigation

("TBI"), the Sullivan County (Tennessee) Sheriff's Department, the Bristol (Virginia)

Police Department, the Bristol (Tennessee) Police Department, the West Virginia State

Police, the West Virginia Board of Pharmacy and likely other agencies not yet identified.

FedEx seeks an order under Federal Rule of Criminal Procedure 17(c) directing the

Clerk of the Court to issue the attached subpoenas to each of the law enforcement

entities referenced above.  The subpoenas seek records relating to communications

about online pharmacies between FedEx and personnel of the agency in question.

## II.   FEDEX'S COMMUNICATIONS ABOUT ONLINE PHARMACIES WITH LAW ENFORCEMENT AGENCIES AND THE PROPOSED SUBPOENAS

As described in the accompanying Declaration of Cristina C. Arguedas

("Arguedas Decl."), the discovery in this matter demonstrates that each agency for

which a Rule 17(c) subpoena is sought had interactions and communications with

FedEx concerning online pharmacies.  These communications informed FedEx's state

of mind and demonstrate the company's good faith by showing its efforts to help federal

and state law enforcement investigate potential wrongdoing.   The proposed

subpoenas, attached hereto as Exhibits A through N, request records in the possession

of the agencies that relate to such interactions and communications.

1

2

3

4

## A.      United States Food and Drug Administration [Exhibit A]

5

FedEx personnel were in frequent contact with the FDA concerning online

pharmacies during the period covered by the allegations in the indictment:

6

7

- FedEx personnel met on May 13, 2002 with representatives of various federal

8

  agencies, including the FDA, to discuss the issue of online pharmacies.

9

  Arguedas Decl. ¶ 3 & Ex. A.

10

- In 2004, in the context of ongoing Congressional investigations of the internet

11

  pharmacy issue, FedEx and FDA personnel had further correspondence and

12

  meetings concerning online pharmacies.  Arguedas Decl. ¶ 4.

13

- FedEx and FDA representatives met again, along with other common carriers

14

  and other law enforcement agencies, at the June 23, 2005 Parcel Carrier

15

  Meeting, where the participants discussed the issue of online pharmacies.

16

  Arguedas Decl. ¶ 5 & Ex. B.

17

- Finally, a Florida-based FedEx Security Specialist recalls working with an FDA

18

  employee on an investigation conducted by the agency into an online pharmacy.

19

  Arguedas Decl. ¶ 6.

20

The proposed subpoena attached to this motion as Exhibit A seeks records related to

21

the above-described interactions and any other interactions between FedEx and FDA

22

personnel that concerned the issue of online pharmacies.

23

## B.      Federal Bureau of Investigation [Exhibit B]

24

FedEx personnel also communicated about online pharmacies with the FBI and

25

supported the FBI's efforts to investigate some of FedEx's supposed co-conspirators:

26

27

- A representative from the FBI attended the June 23, 2005 Parcel Carrier Meeting

28

along with FedEx personnel and representatives from other law enforcement agencies.  Arguedas Decl. ¶ 7 & Ex. B.

- In 2009, FedEx participated in the FBI's efforts to investigate Creative Pharmacy Services (doing business as Superior Drugs), Wayne White and Anthony Spence.  These are the very same entities with whom the indictment alleges FedEx conspired.  FedEx Security Specialist R. Scott Metts and other FedEx personnel communicated with the FBI about this effort and cooperated with the FBI's efforts to gather evidence from FedEx.  Arguedas Decl. ¶ 8.

- In 2009 and 2010, FedEx personnel communicated with FBI personnel, including Suzanna Beckerman, about a law enforcement investigation into Roots Pharmacy, Roots Inc., Roots Pharmacy Solutions, Roots Pharmaceutical, US Marketing Solutions and associated online pharmacy shippers.  Arguedas Decl. ¶ 9.  A FedEx Security Specialist wrote in an email that the "FBI has asked FedEx to deliver[ ] drugs [and] not to let [the] shipper know it is under investigation."  *Id.*  Other records show that FedEx responded to search warrants and held and tracked shipments for the FBI.  *Id.*

The proposed subpoena in Exhibit B seeks records related to the above-described interactions and any other interactions between FedEx and FBI personnel that concerned the issue of online pharmacies.

### C.    United States Customs and Border Protection [Exhibit C]

FedEx personnel also communicated with representatives from the CBP about online pharmacies:

- Personnel from CBP attended, along with FedEx and other law enforcement

agencies, the May 13, 2002 meeting at which the participants discussed online pharmacies.  Arguedas Decl. ¶ 11 & Ex. A.

- Evidence suggests that in "July, 2003, CBP alerted FedEx that a company based in Monterey, Mexico, was shipping prescription medication overnight without proof of a prescription and without declaring the commodity.  These products were being sold over the Internet at www.rxmex.com.  In response, FedEx took immediate action and closed the account."  Arguedas Decl. ¶ 12 & Ex. A.

- In or around June and July 2004, FedEx Security employee Mark Hogan communicated about online pharmacies with Pat McCumber, CBP Port Director for Memphis, Tennessee.  Arguedas Decl. ¶ 13.

- In or around June and July 2004, FedEx employees communicated with CBP Chief Inspector Chris Sullivan and/or his subordinates concerning online pharmacies and an upcoming visit to FedEx's Memphis hub by Congressional staffers.  Mr. Sullivan or his colleagues or subordinates also appear to have attended a meeting in this time frame with Congressional staffers and FedEx personnel.  Arguedas Decl. ¶ 14.

- A CBP representative attended the June 23, 2005 Parcel Carrier Meeting along with representatives from FedEx and other law enforcement agencies.  Arguedas Decl. ¶ 15 & Ex. B.

- In or around December 2005 and January 2006, FedEx personnel communicated with Mike Jackson and/or Steve Schorr from CBP concerning a "Customs blitz" of inspections of pharmaceutical packages.  Arguedas Decl. ¶ 16.

The proposed subpoena in Exhibit C seeks records related to the above-described

interactions and any other interactions between FedEx and CBP personnel that concerned the issue of online pharmacies.

### D.   United States Postal Inspection Service [Exhibit D]

FedEx representatives also communicated about online pharmacies with USPIS employees:

- Personnel from the USPIS attended, along with FedEx and other law enforcement agencies, the May 13, 2002 meeting at which the participants discussed online pharmacies.  Arguedas Decl. ¶ 17 & Ex. A.

- In 2004 and 2005, FedEx personnel appear to have communicated with USPIS personnel, possibly including Zane Hill, concerning online pharmacies and ongoing Congressional investigations into the issue.  Arguedas Decl. ¶ 18.

- USPIS representatives attended the June 23, 2005 Parcel Carrier Meeting along with FedEx personnel and representatives from other law enforcement agencies.  Arguedas Decl. ¶ 19 & Ex. B.

- FedEx Security employee Katina Burchfield communicated with USPIS employee Wendy Bolles (or Bowles) concerning online pharmacy shipments entering Tennessee by way of FedEx and the U.S. Postal Service.  Arguedas Decl. ¶ 20.

- FedEx personnel met with USPIS employee Zane Hill in or around July 2008, and records suggest that internet pharmacies may have been a topic of conversation.  Arguedas Decl. ¶ 21.

The proposed subpoena in Exhibit D seeks records related to the above-described interactions and any other interactions between FedEx and USPIS personnel concerning the issue of online pharmacies.

### E.      Florida Department of Law Enforcement [Exhibit E]

FedEx personnel interacted with FDLE representatives about online pharmacies, including cooperating with FDLE investigations of entities with whom FedEx is alleged to have conspired:

- In 2004, FedEx personnel, including employee Jose Perez, corresponded and attended a "briefing" with FDLE personnel to help law enforcement "coordinate" an investigation of an online pharmacy.  Arguedas Decl. ¶ 22 & Ex. D.

- FDLE reports detail the agency's long-term investigations of entities in the online pharmacy industry, including Superior Drugs, Creative Pharmacy and Wayne White, which are each entities with whom the indictment alleges FedEx conspired.  The reports demonstrate that FedEx personnel aided the FDLE's investigations — including by affirmatively contacting agents concerning "suspicious packages" shipped by Creative Pharmacy/Superior Drugs.  Arguedas Decl. ¶ 23 & Ex. E.

- In or around March and April 2009, FedEx Security Specialist R. Scott Metts assisted an FDLE investigation of Superior Drugs/Creative Pharmacy and Anthony Spence.  Arguedas Decl. ¶ 24.

The proposed subpoena in Exhibit E seeks records related to the above-described interactions and any other interactions between FedEx and FDLE personnel that concerned the issue of online pharmacies.

### F.      Kentucky Office of the Attorney General [Exhibit F]

The indictment alleges that FedEx couriers experienced safety issues relating to "Internet pharmacy customers" receiving FedEx shipments.  Indictment (Docket #28)

¶ 17.  FedEx worked closely with law enforcement, including the KOAG and the Kentucky Bureau of Investigation ("KBI"), a part of the KOAG, to address these problems.

- FedEx personnel met and communicated with KBI employees Lynne Thompson, Jennifer Shearer, Jennifer Wilson and Michael Fortney about online pharmacies in general, about Kentucky's KASPER (Kentucky All Schedule Prescription Electronic Reporting) law and violations or potential violations thereof; particular online pharmacies; law enforcement seizures of pharmaceutical shipments from FedEx; and law enforcement requests that FedEx hold shipments of pharmaceuticals for seizure.  Arguedas Decl. ¶¶ 25-26.

- In 2005 and 2006, FedEx personnel corresponded and met with KBI agent Jennifer Shearer and Kentucky State Police agent Jon Marshall concerning online pharmacy shipments.  Ms. Shearer and Mr. Marshall joined FedEx personnel in at least one meeting on the subject with employees of West Virginia law enforcement and regulatory agencies.  Arguedas Decl. ¶ 27.

- FedEx personnel, KBI agent Lynne Thompson and U.S. Department of Justice employee Lillian Olmo communicated concerning an apparent online pharmacy shipment.  Arguedas Decl. ¶ 28.

- FedEx personnel provided information and assistance to an investigation conducted by the KOAG and KBI, working in conjunction with the DEA, of a Florida-based pharmacy called AVEE.  Arguedas Decl. ¶ 29.

- FedEx employee Jamella Deraimo received an award from the KOAG, and Kentucky Attorney General Greg Stumbo and KBI Commissioner David James

extended their thanks to the FedEx Security department for its assistance to law

enforcement's efforts to control improper pharmaceutical shipments.  Arguedas

Decl. ¶ 30.

The proposed subpoena in Exhibit F seeks records related to the above-described

interactions and any other interactions between FedEx and KOAG and KBI personnel

that concerned the issue of online pharmacies.

### G.      Kentucky State Police [Exhibit G]

FedEx employees' interactions with Kentucky law enforcement also included

working with the Kentucky State Police ("KSP"):

- FedEx Security personnel Robert Bilek and Eric Borer met in or around February

    2005 with personnel from the DEA and KSP concerning those agencies' requests

    to FedEx for information about shipments by suspected online pharmacies into

    the state of Kentucky.  Arguedas Decl. ¶ 31.

- FedEx personnel communicated with KSP personnel about pharmaceutical

    shipments into Eastern Kentucky.  Arguedas Decl. ¶ 32.

- In 2005 and 2006 FedEx personnel corresponded and met with KBI agent

    Jennifer Shearer and KSP detective Jon Marshall concerning online pharmacy

    shipments, and these same agents joined a meeting with FedEx personnel and

    representatives from West Virginia law enforcement.  Arguedas Decl. ¶ 33.

- FedEx Security employee Kirk Morgan worked regularly with the KSP Narcotics

    division; Mr. Morgan communicated with KSP personnel about online pharmacy

    shipments in and around 2005 and 2006.  Arguedas Decl. ¶ 34.

- FedEx personnel worked closely with KSP personnel concerning apparent online

pharmacy shipments passing through FedEx's Lexington, Kentucky station.  KSP

personnel visited FedEx's Lexington, Kentucky station, gathered information, and

"conducted a joint awareness session with [FedEx] couriers to discuss on-road

safety" issues arising from pharmaceutical shipments.  Arguedas Decl. ¶ 35.

The proposed subpoena in Exhibit G seeks records related to the above-described

interactions and any other interactions between FedEx and KSP personnel that

concerned the issue of online pharmacies.

### H.   West Virginia State Police, West Virginia Board of Pharmacy [Exhibits H & I]

As discussed above, FedEx participated in meetings and interactions between

Kentucky and West Virginia law enforcement agencies on the topic of online pharmacy

shipments.  Additionally, a DEA-6 report produced in discovery by the U.S. Attorney's

Office states that in September 2006, FedEx and other common carriers assisted the

West Virginia State Police and the West Virginia Board of Pharmacy in an effort to stop

improper shipments of pharmaceuticals ordered through the internet.  The report

suggests that these interactions were either reported to or included the DEA.  Arguedas

Decl. ¶¶ 36-37.

The proposed subpoenas in Exhibits H and I seek records related to the above-

described interactions and any other interactions between FedEx and personnel of the

West Virginia State Police and the West Virginia Board of Pharmacy that concerned the

issue of online pharmacies.

### I.   Tennessee Bureau of Investigation [Exhibit J]

The indictment asserts that FedEx experienced in Tennessee problems similar to

those it experienced in Kentucky.  Indictment (Docket #28) ¶ 17.  Again, the evidence

suggests that FedEx discussed these issues with law enforcement in Tennessee, including the Tennessee Bureau of Investigation ("TBI"):

- Employees Katina Burchfield, Theodore Hughes and Darrell Roark had communications with TBI personnel concerning online pharmacy shipments coming into the state of Tennessee.  Arguedas Decl. ¶ 38.

The proposed subpoena in Exhibit J seeks records related to the above-described interactions and any other interactions between FedEx and TBI personnel concerning the issue of online pharmacies.

### J.   Sullivan County (Tennessee) Sheriff's Office, Bristol (Virginia) Police Department, Bristol (Tennessee) Police Department, Tazewell County (Virginia) Sheriff's Office [Exhibits K, L, M & N]

A FedEx Security Specialist with responsibility for FedEx facilities in Tennessee and Virginia stated in an interview that he approached officials from various law enforcement agencies about apparent online pharmacy shipments.  It appears that these agencies included the Sullivan County (Tennessee) Sheriff's Office, the Bristol (Virginia) Police Department, and the Bristol (Tennessee) Police Department.  Arguedas Decl. ¶ 39.  Other FedEx employees also interacted with Sullivan County Sheriff's Office personnel concerning apparent online pharmacy shipments.  Arguedas Decl. ¶ 40.  The proposed subpoenas in Exhibits K, L and M seek records related to those agencies' interactions with FedEx personnel related to the issue of online pharmacies.

The same employee also interacted with Detective SC Hagy from the Tazewell County (Virginia) Sheriff's Office concerning that agency's efforts to combat problems with online pharmaceutical sales.  Arguedas Decl. ¶ 41.  The proposed subpoena in Exhibit N seeks records related to the communications between Detective Hagy and the

FedEx employee, as well as any other interactions between FedEx and Tazewell County Sheriff's Office personnel that related to the issue of online pharmacies.

## III.   THE PROPOSED SUBPOENAS ARE APPROPRIATE AND NECESSARY

Each of the proposed subpoenas is an appropriate use of the Rule 17(c) procedure and a necessary vindication of FedEx's Fifth and Sixth Amendment rights to due process and production of evidence.

As a defendant in a criminal case, FedEx has a fundamental constitutional right to use the Court's process to obtain relevant evidence:

> The right to the production of all evidence at a criminal trial . . . has constitutional dimensions.  The Sixth Amendment explicitly confers upon every defendant in a criminal trial the right "to be confronted with the witnesses against him" and "to have compulsory process for obtaining witnesses in his favor."  Moreover, the Fifth Amendment also guarantees that no person shall be deprived of liberty without due process of law.  It is the manifest duty of the courts to vindicate those guarantees, and to accomplish that it is essential that all relevant and admissible evidence be produced.

*United States v. Nixon*, 418 U.S. 683, 711 (1974).  Federal Rule of Criminal Procedure 17(c) implements these vital constitutional rights.  *See id.*; *United States v. Llanez-Garcia*, 735 F.3d 483, 493 (6th Cir. 2013); *In re Martin Marietta Corp.*, 856 F.2d 619, 621 (4th Cir. 1988).

A Rule 17(c) subpoena is appropriate and enforceable if it seeks materials that are specifically identified and are relevant and evidentiary, and which the requesting party cannot reasonably obtain otherwise.  *Nixon*, 418 U.S. at 699-700; *Bowman Dairy Co. v. United States*, 341 U.S. 214, 220 (1951); *United States v. Reed*, 726 F.2d 570, 577 (9th Cir. 1984).  The decision whether to issue a pretrial subpoena *duces tecum* is committed to the sound discretion of the trial court, as "the necessity for the subpoena

most often turns upon a determination of factual issues."  *Nixon*, 418 U.S. at 702; *see also United States v. Crane*, 625 F.3d 568, 574 (9th Cir. 2010) (describing the decision whether to issue a 17(c) subpoena as a "discretionary, case-by-case inquiry"); *United States v. MacKey*, 647 F.2d 898, 901 (9th Cir. 1981).

## A.    The Records Sought are Specifically Identified

As this Court has already determined, FedEx is entitled to subpoena all records relating to communications about online pharmacies between the company's personnel and a law enforcement agency.  2/20/2015 Tx (Docket #85) at 6-11.  The instant subpoenas do just that.  Although the subpoenas may in some cases call for the production of a relatively broad range of documents, FedEx has demonstrated that the requested records exist and that each such record will be relevant and important in this case.  *See Nixon*, 418 U.S. at 700; *MacKey*, 647 F.2d at 901; *United States v. Gross*, 24 F.R.D. 138, 141 (S.D.N.Y. 1959).

## B.    The Records are Relevant and Evidentiary

Again, this Court has already recognized that records relating to communications about online pharmacies between FedEx and law enforcement agencies are the appropriate subject of a Rule 17(c) subpoena.  2/20/2015 Tx (Docket #85) at 6-11.  The proposed subpoenas seek only such records.

## C.    The Records Cannot Be Otherwise Obtained

As we discussed in connection with the litigation over the DEA subpoena, the prosecution in this matter has taken the position that it does not have possession or control over records that reside outside of this district and/or outside the files of the San Francisco branch offices of the DEA and FDA.  *See* FedEx Opposition to Government's

Motion to Quash 17(c) Subpoena to DEA (Docket #72) at 30-31; Declaration of Cristina C. Arguedas in Support of Opposition to Motion to Quash (Docket #77) ¶¶ 2-4 & Exs. A & B.  The government has not changed its position.  Arguedas Decl. ¶ 42.  Accordingly, none of the records sought by the instant subpoenas are reasonably available to FedEx through discovery — or, for that matter, any other means.[1]

## IV.   CONCLUSION

For all of the above-stated reasons, the Court should issue an order directing the Clerk of the Court to issue the subpoenas that appear in Exhibits A through N hereto.  A proposed order accompanies this motion.

Dated:  March 25, 2015

Respectfully submitted,                    ARGUEDAS, CASSMAN & HEADLEY, LLP


By: _____/s/_____

                         Cristina C. Arguedas
                         803 Hearst Avenue
                         Berkeley, CA 94710
                         (510) 845-3000

                         Counsel for FedEx Corporation,
                         Federal Express Corporation and
                         FedEx Corporate Services, Inc.

---

[1] The government has offered to try to retrieve records from outside the district if FedEx's identifies documents "missing" from the government's discovery, but insists that it takes no legal responsibility for finding and producing records that reside outside the local branch offices of the DEA and FDA.  The government's offer cannot properly protect FedEx's right to obtain the crucial evidence it seeks.  When a party gathers certain records while in the same breath asserting it has no legal obligation to gather them or others like them, the search cannot be considered complete or sufficient.  *Cf., e.g., United States v. W.R. Grace & Co.*, 401 F. Supp. 2d 1069, 1079 (D. Mont. 1995) ("It is insufficient for *Brady* purposes for the prosecution to produce only that information from other agencies that has found its way into the physical possession of the prosecutor.  The prosecution may not simply ask for information it wants while leaving behind other, potentially exculpatory information within agency files.").

Exhibit
A

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FedEx Corporation et al.

Defendant(s).

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Case No.:  14-380 (CRB)

TO: United States Food and Drug Administration

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____      _____<br>             DATE                              SIGNATURE OF SERVER<br><br>                                             ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
| |

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the U.S. Food and Drug Administration ("FDA").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the FDA and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1. A meeting that occurred on or about May 13, 2002 during which the participants discussed the topic of online pharmacies; the meeting was attended by FedEx representatives and representatives of the FDA (perhaps including FDA personnel Nancy Kennedy and/or Jim Dahl) and various other federal agencies.

2. Correspondence, meetings or communications in 2004 that concerned online pharmacies and involved FDA personnel John Taylor, Carolyn Becker or Victoria Kao and any FedEx personnel, including but not limited to Bob Bryden, Bill Henrikson, Mark Hogan or Matt Vega.  This request includes, but is not limited to:

   a. All records relating to a meeting in April 2004 involving some or all of FDA personnel John Taylor and Victoria Kao and FedEx personnel Robert Bryden and Matt Vega.

      b.     All records relating to correspondence, meetings or communications in 2004 involving FDA employee Carolyn Becker and FedEx personnel Robert Bryden, Matt Vega, Mark Hogan or Bill Henrikson.

3.     The June 23, 2005 Parcel Carrier Meeting attended by FedEx employees and representatives of the FDA (perhaps including Carolyn Becker, Bill McConagha, Tom McGinnis, Steve Niedelman, Greg Nieto, Linda Silvers, and/or Don Vasbinder).

4.     Correspondence, meetings or communications concerning online pharmacies between FedEx Security employee Richard (Scott) Metts and FDA employee Jay Sheurer.

5.     Correspondence, meetings or communications between FDA personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

        Vincent Chhabra
        Robert Smoley
        Sabina Faruqui
        Wayne White
        Anthony Spence
        Christopher Napoli
        Sanford Cohen
        Orlando Birbragher
        Marshall Kanner
        David Glass
        Michael Bezonsky
        Claude Covino
        Creative Pharmacy Services (doing business as Superior Drugs)
        Rx Network
        Icom Group
        Dipardi Pharmacy
        Waterview Pharmacy
        CNL Financial
        Next Generation Health Systems
        Prescriptions & Travel
        Prescription Resources
        Lakeridge Pharmacy
        C&V Pharmacy
        2U Net-Mail (also known as Choice Rx)
        Rx Direct
        Falks Lignell (also known as Falk's Home Medical Supply)
        United Care Pharmacy

Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

# Exhibit B

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

   v.

  FedEx Corporation et al.

              Defendant(s).

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Case No.:  14-380 (CRB)

TO:
  Federal Bureau of Investigation

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | COURTROOM/JUDGE |
|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102    ☐ United States Courthouse 280 South First Street San Jose, CA 95113    ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | DATE AND TIME |

The following document(s) or object(s) shall be produced:

 See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| | |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

 Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
 803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS  ☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct. |

Executed on _____          _____
                          DATE                                      SIGNATURE OF SERVER

                                                          ADDRESS:

ADDITIONAL INFORMATION

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Federal Bureau of Investigation ("FBI").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the FBI and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.      The June 23, 2005 Parcel Carrier Meeting attended by FedEx employees and representatives of the FBI (perhaps including Charles Gunther).

2.      Correspondence, meetings or communications between FBI personnel and FedEx personnel concerning Creative Pharmacy Services, Superior Drugs, Wayne Thomas White or Anthony Spence.  This request includes, without limitation, all records relating to:

        a.      Correspondence, meetings, subpoenas or other communications in or around March and April 2009 between FBI personnel (including without limitation Dan Sobolewski, Jill Enyart and/or Cesar Facio) and FedEx personnel R. Scott Metts, Tony Campagna, Dennis Gallagher, John Paone or others concerning Superior Drugs and/or Creative Pharmacy Services.

b.      A meeting in or around March 2009 between FedEx Senior Security Specialist R. Scott Metts and FBI Special Agents Cesar Facio, Rolf Gjertsen, Avatar LeFevre, Nick Potito, and/or Clint Warren at which the participants discussed Creative Pharmacy Services d/b/a Superior Drugs and Anthony Spence, and at which the FBI served a grand jury subpoena issued by the U.S. District Court for the Southern District of New York and seized evidence.

3.      Correspondence, meetings, subpoenas, search warrants and/or other communications in 2009 or 2010 between FBI personnel (including but not imitated to Suzanna Beckerman) and FedEx personnel concerning a law enforcement investigation into Roots Pharmacy, Roots Inc., Roots Pharmacy Solutions, Roots Pharmaceutical, US Marketing Solutions and/or associated online pharmacy shippers.

4.      Correspondence, meetings or communications between FBI personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

Vincent Chhabra
Robert Smoley
Sabina Faruqui
Wayne White
Anthony Spence
Christopher Napoli
Sanford Cohen
Orlando Birbragher
Marshall Kanner
David Glass
Michael Bezonsky
Claude Covino
Creative Pharmacy Services (doing business as Superior Drugs)
Rx Network
Icom Group
Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct

2

Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit
C

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>    v.<br><br>  FedEx Corporation et al.<br><br>                              Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.:  14-380 (CRB) |

TO:   United States Customs and Border Patrol

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | COURTROOM/JUDGE |
|---|---|
| ☑ United States Courthouse        ☐ United States Courthouse        ☐ United States Courthouse<br>   450 Golden Gate Avenue              280 South First Street                1301 Clay Street<br>   San Francisco, CA 94102            San Jose, CA 95113                  Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | DATE AND TIME |

The following document(s) or object(s) shall be produced:

 See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| <br>(By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

 Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
 803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

   DATE                          SIGNATURE OF SERVER

                                 ADDRESS:

ADDITIONAL INFORMATION

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of United States Customs and Border Protection ("CBP").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the CBP and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.      A meeting that occurred on or about May 13, 2002 during which the participants discussed the topic of online pharmacies; the meeting was attended by FedEx representatives and representatives of the CBP (perhaps including CBP personnel Monty Price and/or Linda Phillips) and various other federal agencies.

2.      Correspondence, meetings or communications that occurred in or around July 2003 concerning a company based in Monterey, Mexico that shipped prescription medications and was associated with the website www.rx-mex.com.

3.      Correspondence, meetings or communications concerning online pharmacies between Pat McCumber (CBP Port Director for Memphis) and/or his subordinates and FedEx personnel, including but not limited to Mark Hogan.

4.      Correspondence, meetings or communications concerning online pharmacies between CBP Chief Inspector Chris Sullivan and/or his subordinates and FedEx personnel.

1

5.      The June 23, 2005 Parcel Carrier Meeting attended by FedEx employees and representatives of the CBP (perhaps including Steve Schorr).

6.      Correspondence, meetings or communications in or around December 2005 and January 2006 between CBP personnel Mike Jackson and/or Steve Schorr and FedEx personnel concerning a "Customs blitz" of inspections of pharmaceutical packages.

7.      Correspondence, meetings or communications between CBP personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

> Vincent Chhabra
> Robert Smoley
> Sabina Faruqui
> Wayne White
> Anthony Spence
> Christopher Napoli
> Sanford Cohen
> Orlando Birbragher
> Marshall Kanner
> David Glass
> Michael Bezonsky
> Claude Covino
> Creative Pharmacy Services (doing business as Superior Drugs)
> Rx Network
> Icom Group
> Dipardi Pharmacy
> Waterview Pharmacy
> CNL Financial
> Next Generation Health Systems
> Prescriptions & Travel
> Prescription Resources
> Lakeridge Pharmacy
> C&V Pharmacy
> 2U Net-Mail (also known as Choice Rx)
> Rx Direct
> Falks Lignell (also known as Falk's Home Medical Supply)
> United Care Pharmacy
> Kwic Fill
> Tri-Phasic Pharmacy
> United Mail LLC
> United Mail Pharmacy
> United Mail Pharmacy Services

2

USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit
D

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>    v.<br><br>FedEx Corporation et al.<br><br>                          Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.:  14-380 (CRB) |

TO:  United States Postal Inspection Service

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☐ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| <br>(By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____          _____<br>　　　　　　　　　　DATE　　　　　　　　　　SIGNATURE OF SERVER<br><br>　　　　　　　　　　　　　　　　　　　ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
|  |

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the United States Postal Inspection Service ("USPIS").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the USPIS and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1. A meeting that occurred on or about May 13, 2002 during which the participants discussed the topic of online pharmacies; the meeting was attended by FedEx representatives and representatives of the USPIS (perhaps including Paul Trimbar) and various other federal agencies.

2. Correspondence, meetings or communications in 2004 and 2005 between USPIS personnel (including but not limited to Zane Hill) and FedEx personnel (including but not limited to Bob Bryden and/or Mark Hogan) concerning online pharmacies and ongoing Congressional investigations into the issue.

3. The June 23, 2005 Parcel Carrier Meeting attended by FedEx employees and representatives of the USPIS (perhaps including Elvin Crespo, Robert Kay, Tony Alverno, Cathy Green, Neva Watson).

4. Correspondence, meetings or communications between FedEx Security employee Katina Burchfield and USPIS employee Wendy Bolles (or Bowles) —

1

who may have been stationed in Knoxville, TN — concerning pharmaceutical shipments passing into Tennessee through FedEx's and/or the U.S. Postal Service's networks.

5.    Correspondence, meetings or communications in or around July 2008 between FedEx personnel Terry Harris and Mark Hogan and USPIS Deputy Chief Zane Hill related to online pharmacies.

6.    Correspondence, meetings or communications between USPIS personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

> Vincent Chhabra
> Robert Smoley
> Sabina Faruqui
> Wayne White
> Anthony Spence
> Christopher Napoli
> Sanford Cohen
> Orlando Birbragher
> Marshall Kanner
> David Glass
> Michael Bezonsky
> Claude Covino
> Creative Pharmacy Services (doing business as Superior Drugs)
> Rx Network
> Icom Group
> Dipardi Pharmacy
> Waterview Pharmacy
> CNL Financial
> Next Generation Health Systems
> Prescriptions & Travel
> Prescription Resources
> Lakeridge Pharmacy
> C&V Pharmacy
> 2U Net-Mail (also known as Choice Rx)
> Rx Direct
> Falks Lignell (also known as Falk's Home Medical Supply)
> United Care Pharmacy
> Kwic Fill
> Tri-Phasic Pharmacy
> United Mail LLC
> United Mail Pharmacy
> United Mail Pharmacy Services

USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit
E

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FedEx Corporation et al.<br><br>Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.:  14-380 (CRB) |

TO: Florida Department of Law Enforcement

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☐ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710    (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____            _____<br>                                    DATE                                                SIGNATURE OF SERVER<br><br>                                                                                  ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
|  |

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Florida Department of Law Enforcement ("FDLE").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the FDLE and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.  Correspondence, meetings or communications in or around October 2004 between FDLE personnel and FedEx personnel (including but not limited to Jose Perez or Jose Lopez) concerning (a) an investigation of online pharmacy shipments and/or shippers, possibly including shipments by entities located in Miami and/or Coral Gables, Florida; (b) seizures of packages from FedEx conducted as part of that investigation; and/or (c) a search warrant issued as part of that investigation.

2.  Correspondence, meetings or communications between FDLE personnel and FedEx personnel concerning Creative Pharmacy Services, Superior Drugs or Wayne Thomas White.  This request includes, without limitation:

    a.  Correspondence, meetings or communications in or around November and December 2006 between FLDE personnel (including but not limited to SA Gary Venema and SA Kimmy Poon) and FedEx personnel (including but not limited to Jose Perez or Jose Lopez, Randy Martin, Ted Bergevin

1

or Derrick Johnson) concerning Creative Pharmacy Services, Superior Drugs, Dr. Hassan Gaafar, Dr. Seda Olmo and/or Wayne Thomas White.

b.      Correspondence, meetings or communications in or around March 2008 between FDLE personnel (including but not limited to SA Kimmy Poon), U.S. Drug Enforcement Administration Personnel (including but not limited to Investigator Dianne Williams) and FedEx Security Specialist Sam Cory relating to Creative Pharmacy Services, Superior Pharmacy, usarx.com, Apoptek Pharmacy, Stacy Rolle, Yolanda China, Dr. Onochie Aghaegbuna and/or Wayne White.

c.      Correspondence, meetings or communications in 2008 and 2009 between FDLE personnel and FedEx Security Specialist R. Scott Metts concerning Superior Drugs and/or Creative Pharmacy Services.

3.    Correspondence, meetings or communications between FDLE personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

Vincent Chhabra
Robert Smoley
Sabina Faruqui
Wayne White
Anthony Spence
Christopher Napoli
Sanford Cohen
Orlando Birbragher
Marshall Kanner
David Glass
Michael Bezonsky
Claude Covino
Creative Pharmacy Services (doing business as Superior Drugs)
Rx Network
Icom Group
Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct

Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit
F

CAND 89B (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
| Plaintiff, | |
| v. | Case No.: 14-380 (CRB) |
| FedEx Corporation et al. | |
| Defendant(s). | |

TO: Kentucky Office of the Attorney General

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| | |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710    (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____          _____<br>　　　　　　　　　　DATE　　　　　　　　　　　　　SIGNATURE OF SERVER<br><br>　　　　　　　　　　　　　　　　　ADDRESS: |

ADDITIONAL INFORMATION

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Kentucky Office of the Attorney General ("KOAG"), including but not limited to the Department of Criminal Investigations and its predecessor, the Kentucky Bureau of Investigations ("KBI"). Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the KOAG and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.    Correspondence, meetings or communications between KBI employees Lynne Thompson, Jennifer Shearer, Jennifer Wilson and/or Michael Fortney and FedEx personnel, including but not limited to Ray Crowley, Robert Bilek, Kirk Morgan and/or Jamella Deraimo, concerning the following subjects: online pharmacies generally; particular online pharmacies; Kentucky's KASPER (Kentucky All Schedule Prescription Electronic Reporting) law and/or violations or potential violations thereof; AVEE pharmacy; AVEE2 pharmacy; FCS; Prescriptions Plus; Doctor's Choice pharmacy; law enforcement seizures of pharmaceutical shipments from FedEx facilities; or law enforcement requests that FedEx hold shipments of pharmaceuticals for seizure or investigation.

2.    Correspondence, meetings or communications in 2005 or 2006 between KBI agent Jennifer Shearer, Kentucky State Police agent Jon Marshall and FedEx personnel Helmut Hagan and/or Michael Cox concerning online pharmacies,

including but not limited to meetings also attended by employees of West Virginia law enforcement and regulatory agencies.

3.      Correspondence, meetings or communications in or around March 2006 between KBI personnel (including but not limited to Lynne Thompson), U.S. Department of Justice personnel (including but not limited to Lillian Olmo) and FedEx personnel (including but not limited to Jamella Deraimo and Kirk Morgan) concerning (a) shipments received by Connie Long, and/or (b) online pharmacy shipments by Doctor's Choice pharmacy.

4.      Correspondence, meetings or communications in or around December 2006 between KOAG or KBI personnel and FedEx personnel (including but not limited to Kirk Morgan) concerning efforts by the KOAG, KBI and/or the U.S. Drug Enforcement Administration to investigate entities named AVEE or AVEE2.  This request includes all correspondence, meetings or communications with FedEx personnel concerning (a) any search warrant seeking evidence related to AVEE or AVEE2 that was served by the KBI at a FedEx facility, or (b) seizure of evidence related to AVEE or AVEE2 from a FedEx facility.

5.      Correspondence, meetings or communications between Kentucky Attorney General Greg Stumbo and/or KBI Commissioner David James and FedEx personnel concerning FedEx's cooperation with the KOAG's and KBI's efforts to investigate online pharmacies.  This request includes all correspondence concerning awards made in 2007 by the KOAG to FedEx and/or its personnel.

6.      Correspondence, meetings or communications between KOAG personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

        Vincent Chhabra
        Robert Smoley
        Sabina Faruqui
        Wayne White
        Anthony Spence
        Christopher Napoli
        Sanford Cohen
        Orlando Birbragher
        Marshall Kanner
        David Glass
        Michael Bezonsky
        Claude Covino
        Creative Pharmacy Services (doing business as Superior Drugs)
        Rx Network
        Icom Group

Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct
Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit G

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE |
| Plaintiff, | DOCUMENTS OR OBJECTS |
| | IN A CRIMINAL CASE |
| v. | |
| FedEx Corporation et al. | Case No.:  14-380 (CRB) |
| Defendant(s). | |

TO:  Kentucky State Police

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse  450 Golden Gate Avenue  San Francisco, CA 94102 | ☐ United States Courthouse  280 South First Street  San Jose, CA 95113 | ☐ United States Courthouse  1301 Clay Street  Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

 See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

 Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
 803 Hearst Avenue, Berkeley CA 94710    (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE | | PLACE |
| SERVED | DATE | | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ | |
| SERVED BY (PRINT NAME) | | TITLE | |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct. Executed on _____         _____ DATE                                  SIGNATURE OF SERVER ADDRESS: |
| ADDITIONAL INFORMATION |

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Kentucky State Police ("KSP").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the KSP and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.     Correspondence, meetings or communications in or around February 2005 between KSP personnel stationed in Louisville, KY and FedEx personnel (including but not limited to Robert Bilek or Eric Borer) on the subject of shipments by online pharmacies based in Florida.

2.     Correspondence, meetings or communications in or around February 2005 between KSP personnel and FedEx personnel Jim Evans and/or Tom Waggoner concerning pharmaceutical shipments into Eastern Kentucky.

3.     Correspondence, meetings or communications in 2005 or 2006 between KSP agent Jon Marshall and FedEx personnel Helmut Hagan and/or Michael Cox concerning online pharmacies, including but not limited to meetings also attended by employees of West Virginia law enforcement and regulatory agencies.

4.     Correspondence, meetings or communications in or around 2005 and 2006 between KSP personnel and FedEx employee Kirk Morgan concerning online pharmacy shipments.

5.     Correspondence, meetings or communications in or about 2005 or 2006 between KSP personnel and FedEx personnel concerning online pharmacy shipments passing through FedEx's Lexington, Kentucky station, including but not limited to a visit by KSP personnel to FedEx's Lexington, Kentucky station and/or a meeting between KSP personnel and FedEx couriers at that station to discuss safety issues.

6.     Correspondence, meetings or communications between KSP personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

> Vincent Chhabra
> Robert Smoley
> Sabina Faruqui
> Wayne White
> Anthony Spence
> Christopher Napoli
> Sanford Cohen
> Orlando Birbragher
> Marshall Kanner
> David Glass
> Michael Bezonsky
> Claude Covino
> Creative Pharmacy Services (doing business as Superior Drugs)
> Rx Network
> Icom Group
> Dipardi Pharmacy
> Waterview Pharmacy
> CNL Financial
> Next Generation Health Systems
> Prescriptions & Travel
> Prescription Resources
> Lakeridge Pharmacy
> C&V Pharmacy
> 2U Net-Mail (also known as Choice Rx)
> Rx Direct
> Falks Lignell (also known as Falk's Home Medical Supply)
> United Care Pharmacy
> Kwic Fill
> Tri-Phasic Pharmacy

United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit
H

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE |
|---|---|
| Plaintiff, | DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
| v. | Case No.:  14-380 (CRB) |
| FedEx Corporation et al. | |
| Defendant(s). | |

TO: West Virginia State Police

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710    (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE | | PLACE |
| SERVED | DATE | | PLACE |
| SERVED ON (PRINT NAME) | | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS:

ADDITIONAL INFORMATION

## Attachment A

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the West Virginia State Police ("WVSP").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the WVSP and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.    Correspondence, meetings or communications in 2005 or 2006 between WVSP personnel, Kentucky State Police personnel (including without limitation agent Jon Marshall), Kentucky Bureau of Investigation personnel (including without limitation agent Jennifer Shearer), FedEx personnel (including without limitation Helmut Hagan and Michael Cox), and/or other law enforcement agencies concerning online pharmacies.

2.    Correspondence, meetings or communications in or around September 2006 between WVSP personnel and FedEx personnel concerning deliveries of controlled substances from pharmacies that were allegedly not properly licensed in West Virginia, law enforcement's confiscation of shipments from such pharmacies, or reports to the U.S. Drug Enforcement Administration about such shipments.

3.      Correspondence, meetings or communications between KSP personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

Vincent Chhabra
Robert Smoley
Sabina Faruqui
Wayne White
Anthony Spence
Christopher Napoli
Sanford Cohen
Orlando Birbragher
Marshall Kanner
David Glass
Michael Bezonsky
Claude Covino
Creative Pharmacy Services (doing business as Superior Drugs)
Rx Network
Icom Group
Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct
Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management

SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit
I

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
| Plaintiff, | |
| v. | Case No.:  14-380 (CRB) |
| FedEx Corporation et al. | |
| Defendant(s). | |

TO: West Virginia Board of Pharmacy

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| | |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710    (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____      _____<br>                  DATE                       SIGNATURE OF SERVER<br><br>                               ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
| |

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever. To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the West Virginia Board of Pharmacy ("WVBP"). Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the WVBP and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies. In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.      Correspondence, meetings or communications in 2005 or 2006 between WVBP personnel, Kentucky State Police personnel (including without limitation agent Jon Marshall), Kentucky Bureau of Investigation personnel (including without limitation agent Jennifer Shearer), FedEx personnel (including without limitation Helmut Hagan and Michael Cox), and/or other law enforcement agencies concerning online pharmacies.

2.      Correspondence, meetings or communications in or around September 2006 between WVBP personnel and FedEx personnel concerning deliveries of controlled substances from pharmacies that were allegedly not properly licensed in West Virginia, law enforcement's confiscation of shipments from such pharmacies, or reports to the U.S. Drug Enforcement Administration about such shipments.

3.      Correspondence, meetings or communications between WVBP personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

Vincent Chhabra
Robert Smoley
Sabina Faruqui
Wayne White
Anthony Spence
Christopher Napoli
Sanford Cohen
Orlando Birbragher
Marshall Kanner
David Glass
Michael Bezonsky
Claude Covino
Creative Pharmacy Services (doing business as Superior Drugs)
Rx Network
Icom Group
Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct
Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management

2

SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit
J

CAND 89B (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE |
| Plaintiff, | DOCUMENTS OR OBJECTS |
| | IN A CRIMINAL CASE |
| v. | |
| | Case No.: 14-380 (CRB) |
| FedEx Corporation et al. | |
| Defendant(s). | |

TO:  Tennessee Bureau of Investigation

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710    (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE                          SIGNATURE OF SERVER

ADDRESS:

ADDITIONAL INFORMATION

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Tennessee Bureau of Investigation ("TBI").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the TBI and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.    Correspondence, meetings or communications between TBI personnel and FedEx employees (including without limitation Katina Burchfield, Theodore Hughes, and/or Darrell Roark) concerning apparent online pharmacy shipments arriving at FedEx's Tri-Cities ("TRIA") facility near Johnson City, Tennessee.

2.    Correspondence, meetings or communications between TBI personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

>       Vincent Chhabra
>       Robert Smoley
>       Sabina Faruqui
>       Wayne White
>       Anthony Spence
>       Christopher Napoli
>       Sanford Cohen

1

Orlando Birbragher
Marshall Kanner
David Glass
Michael Bezonsky
Claude Covino
Creative Pharmacy Services (doing business as Superior Drugs)
Rx Network
Icom Group
Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct
Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com

ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit
K

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                           Plaintiff,

   v.

  FedEx Corporation et al.

                       Defendant(s).

**SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE**

Case No.:  14-380 (CRB)

TO:   Sullivan County (Tennessee) Sheriff's Office

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                                    DATE                                    SIGNATURE OF SERVER

                                                           ADDRESS:

ADDITIONAL INFORMATION

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Sullivan County (Tennessee) Sheriff's Office.  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the Sullivan County (Tennessee) Sheriff's Office and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.     Correspondence, meetings or communications concerning online pharmacy shipments between Sullivan County Sheriff's Office personnel and FedEx employees Darrell Roark, Lester Harrell and/or Charles Dumke.

2.     Correspondence, meetings or communications between Sullivan County Sheriff's Office personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

　　　Vincent Chhabra
　　　Robert Smoley
　　　Sabina Faruqui
　　　Wayne White
　　　Anthony Spence
　　　Christopher Napoli
　　　Sanford Cohen
　　　Orlando Birbragher

1

Marshall Kanner
David Glass
Michael Bezonsky
Claude Covino
Creative Pharmacy Services (doing business as Superior Drugs)
Rx Network
Icom Group
Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct
Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com

discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit
L

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>   v.<br><br>FedEx Corporation et al.<br><br>                    Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.:  14-380 (CRB) |

TO:  Bristol (Virginia) Police Department

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☐ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| <br>(By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE                                   SIGNATURE OF SERVER

ADDRESS:

ADDITIONAL INFORMATION

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Bristol (Virginia) Police Department.  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the Bristol (Virginia) Police Department and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.      Correspondence, meetings or communications between Bristol (Virginia) Police Department personnel and FedEx employee Darrell Roark concerning online pharmacy shipments.

2.      Correspondence, meetings or communications between Bristol (Virginia) Police Department personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

> Vincent Chhabra
> Robert Smoley
> Sabina Faruqui
> Wayne White
> Anthony Spence
> Christopher Napoli
> Sanford Cohen
> Orlando Birbragher

Marshall Kanner
David Glass
Michael Bezonsky
Claude Covino
Creative Pharmacy Services (doing business as Superior Drugs)
Rx Network
Icom Group
Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct
Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com

discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit
M

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FedEx Corporation et al.<br><br>Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.:  14-380 (CRB) |

TO:
 Bristol (Tennessee) Police Department

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑  United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐  United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☐  United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

 See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| <br>(By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

 Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
 803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____<br>　　　　　　　　DATE　　　　　　　　　　　　　　SIGNATURE OF SERVER<br><br>　　　　　　　　　　　　　　　　　　　　　　ADDRESS: |

ADDITIONAL INFORMATION

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Bristol (Tennessee) Police Department.  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the Bristol (Tennessee) Police Department and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.      Correspondence, meetings or communications between Bristol (Tennessee) Police Department personnel and FedEx employee Darrell Roark concerning online pharmacy shipments.

2.      Correspondence, meetings or communications between Bristol (Tennessee) Police Department personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

> Vincent Chhabra
> Robert Smoley
> Sabina Faruqui
> Wayne White
> Anthony Spence
> Christopher Napoli
> Sanford Cohen
> Orlando Birbragher

Marshall Kanner
David Glass
Michael Bezonsky
Claude Covino
Creative Pharmacy Services (doing business as Superior Drugs)
Rx Network
Icom Group
Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct
Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com

discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit N

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                    Plaintiff,

        v.

    FedEx Corporation et al.

                                    Defendant(s).

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Case No.:  14-380 (CRB)

TO:
    Tazewell County (Virginia) Sheriff's Office

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
| --- | --- | --- | --- |
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

 See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
| --- | --- |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

 Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
 803 Hearst Avenue, Berkeley CA 94710    (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS <br> ☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE                          SIGNATURE OF SERVER

ADDRESS:

ADDITIONAL INFORMATION

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Tazewell County (Virginia) Sheriff's Office.  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the Tazewell County (Virginia) Sheriff's Office and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.      Correspondence, meetings or communications between Tazewell County (Virginia) Sheriff's Office personnel and FedEx employee Darrell Roark concerning online pharmacy shipments, including but not limited to communications and correspondence in and around September 2007 between Roark and Sheriff's detective SC Hagy.

2.      Correspondence, meetings or communications between Bristol (Tennessee) Police Department personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

> Vincent Chhabra
> Robert Smoley
> Sabina Faruqui
> Wayne White
> Anthony Spence
> Christopher Napoli

Sanford Cohen
Orlando Birbragher
Marshall Kanner
David Glass
Michael Bezonsky
Claude Covino
Creative Pharmacy Services (doing business as Superior Drugs)
Rx Network
Icom Group
Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct
Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com

fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net