Cristina C. Arguedas (CalBN 87787)
  Email: arguedas@achlaw.com
Ted W. Cassman (CalBN 98932)
  Email: cassman@achlaw.com
Raphael M. Goldman (CalBN 229261)
  Email: goldman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

Allen J. Ruby (CalBN 47109)
  Email: allen.ruby@skadden.com
Jack P. DiCanio (CalBN 138782)
  Email: jack.dicanio@skadden.com
Patrick Hammon (CalBN 255047)
  Email: patrick.hammon@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
525 University Avenue Suite 1100
Palo Alto, CA  94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Counsel for FedEx Corporation,*
*Federal Express Corporation and*
*FedEx Corporate Services, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | **No. CR 14-380 (CRB)** |
| Plaintiff, | **[PROPOSED] ORDER GRANTING FEDEX DEFENDANTS' MOTION FOR THE ISSUANCE OF RULE 17(c) SUBPOENAS TO THE FDA, FBI, U.S. CUSTOMS, USPIS, AND STATE LAW ENFORCEMENT AGENCIES** |
| v. |  |
| FEDEX CORPORATION, FEDERAL EXPRESS CORPORATION, and FEDEX CORPORATE SERVICES, INC., |  |
| Defendants. |  |

Before the Court is a motion by FedEx Corporation, Federal Express Corporation and FedEx Corporate Services, Inc. (collectively, "FedEx") seeking leave under Federal Rule of Criminal Procedure 17(c) to issue subpoenas *duces tecum* to the United States Food and Drug Administration, the Federal Bureau of Investigation, United States Customs and Border Protection, the United States Postal Inspection Service, the Florida Department of Law Enforcement, the Kentucky Office of the Attorney General, the Kentucky State Police, the Tennessee Bureau of Investigation, the Sullivan County (Tennessee) Sheriff's Department, the Bristol (Virginia) Police Department, the Bristol (Tennessee) Police Department, the Tazewell County (Virginia) Sheriff's Office, the West Virginia State Police, and the West Virginia Board of Pharmacy.

Good cause appearing therefore, the motion is GRANTED.  The Clerk shall issue to FedEx's counsel a copy of each of subpoenas attached as Exhibits A through N hereto, appropriately signed and sealed, so that counsel may serve them upon the appropriate agencies.  The Clerk shall establish, and note on the subpoenas, a date and time for compliance with each subpoena that is approximately thirty days from the date of this order.

IT IS SO ORDERED,


Dated: _____            _____
                                          Hon. Charles R. Breyer
                                          United States District Court Judge

# Exhibit A

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br> FedEx Corporation et al.<br><br>                    Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.:  14-380 (CRB) |

TO:   United States Food and Drug Administration

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑  United States Courthouse<br>     450 Golden Gate Avenue<br>     San Francisco, CA 94102 | ☐  United States Courthouse<br>     280 South First Street<br>     San Jose, CA 95113 | ☐  United States Courthouse<br>     1301 Clay Street<br>     Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

 See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| <br>(By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

 Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
 803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct. Executed on _____ DATE       _____ SIGNATURE OF SERVER   ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
|  |

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the U.S. Food and Drug Administration ("FDA").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the FDA and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.      A meeting that occurred on or about May 13, 2002 during which the participants discussed the topic of online pharmacies; the meeting was attended by FedEx representatives and representatives of the FDA (perhaps including FDA personnel Nancy Kennedy and/or Jim Dahl) and various other federal agencies.

2.      Correspondence, meetings or communications in 2004 that concerned online pharmacies and involved FDA personnel John Taylor, Carolyn Becker or Victoria Kao and any FedEx personnel, including but not limited to Bob Bryden, Bill Henrikson, Mark Hogan or Matt Vega.  This request includes, but is not limited to:

   a.      All records relating to a meeting in April 2004 involving some or all of FDA personnel John Taylor and Victoria Kao and FedEx personnel Robert Bryden and Matt Vega.

    b.     All records relating to correspondence, meetings or communications in 2004 involving FDA employee Carolyn Becker and FedEx personnel Robert Bryden, Matt Vega, Mark Hogan or Bill Henrikson.

3.     The June 23, 2005 Parcel Carrier Meeting attended by FedEx employees and representatives of the FDA (perhaps including Carolyn Becker, Bill McConagha, Tom McGinnis, Steve Niedelman, Greg Nieto, Linda Silvers, and/or Don Vasbinder).

4.     Correspondence, meetings or communications concerning online pharmacies between FedEx Security employee Richard (Scott) Metts and FDA employee Jay Sheurer.

5.     Correspondence, meetings or communications between FDA personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

        Vincent Chhabra
        Robert Smoley
        Sabina Faruqui
        Wayne White
        Anthony Spence
        Christopher Napoli
        Sanford Cohen
        Orlando Birbragher
        Marshall Kanner
        David Glass
        Michael Bezonsky
        Claude Covino
        Creative Pharmacy Services (doing business as Superior Drugs)
        Rx Network
        Icom Group
        Dipardi Pharmacy
        Waterview Pharmacy
        CNL Financial
        Next Generation Health Systems
        Prescriptions & Travel
        Prescription Resources
        Lakeridge Pharmacy
        C&V Pharmacy
        2U Net-Mail (also known as Choice Rx)
        Rx Direct
        Falks Lignell (also known as Falk's Home Medical Supply)
        United Care Pharmacy

Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

# Exhibit B

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>      v.<br><br>   FedEx Corporation et al.<br><br>                                Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.:  14-380 (CRB) |

TO:
  Federal Bureau of Investigation

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☐ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

 See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| <br>(By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

 Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
 803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____<br>　　　　　　　　　　　　DATE　　　　　　　　　　　　　　SIGNATURE OF SERVER<br><br>　　　　　　　　　　　　　　　　　　　　　　　ADDRESS: |
| ADDITIONAL INFORMATION |

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Federal Bureau of Investigation ("FBI").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the FBI and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.   The June 23, 2005 Parcel Carrier Meeting attended by FedEx employees and representatives of the FBI (perhaps including Charles Gunther).

2.   Correspondence, meetings or communications between FBI personnel and FedEx personnel concerning Creative Pharmacy Services, Superior Drugs, Wayne Thomas White or Anthony Spence.  This request includes, without limitation, all records relating to:

a.   Correspondence, meetings, subpoenas or other communications in or around March and April 2009 between FBI personnel (including without limitation Dan Sobolewski, Jill Enyart and/or Cesar Facio) and FedEx personnel R. Scott Metts, Tony Campagna, Dennis Gallagher, John Paone or others concerning Superior Drugs and/or Creative Pharmacy Services.

1

b.      A meeting in or around March 2009 between FedEx Senior Security
         Specialist R. Scott Metts and FBI Special Agents Cesar Facio, Rolf
         Gjertsen, Avatar LeFevre, Nick Potito, and/or Clint Warren at which the
         participants discussed Creative Pharmacy Services d/b/a Superior Drugs
         and Anthony Spence, and at which the FBI served a grand jury subpoena
         issued by the U.S. District Court for the Southern District of New York and
         seized evidence.

3.      Correspondence, meetings, subpoenas, search warrants and/or other
         communications in 2009 or 2010 between FBI personnel (including but not
         imitated to Suzanna Beckerman) and FedEx personnel concerning a law
         enforcement investigation into Roots Pharmacy, Roots Inc., Roots Pharmacy
         Solutions, Roots Pharmaceutical, US Marketing Solutions and/or associated
         online pharmacy shippers.

4.      Correspondence, meetings or communications between FBI personnel and any
         representative of FedEx that discussed or related to any of the following persons
         or entities:

         Vincent Chhabra
         Robert Smoley
         Sabina Faruqui
         Wayne White
         Anthony Spence
         Christopher Napoli
         Sanford Cohen
         Orlando Birbragher
         Marshall Kanner
         David Glass
         Michael Bezonsky
         Claude Covino
         Creative Pharmacy Services (doing business as Superior Drugs)
         Rx Network
         Icom Group
         Dipardi Pharmacy
         Waterview Pharmacy
         CNL Financial
         Next Generation Health Systems
         Prescriptions & Travel
         Prescription Resources
         Lakeridge Pharmacy
         C&V Pharmacy
         2U Net-Mail (also known as Choice Rx)
         Rx Direct

Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit
C

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FedEx Corporation et al.

Defendant(s).

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Case No.:  14-380 (CRB)

TO:
United States Customs and Border Patrol

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☐ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| | |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710    (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE | | PLACE |
| SERVED | DATE | | PLACE |
| SERVED ON (PRINT NAME) | | | FEES AND MILEAGE TENDERED TO WITNESS  ☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.  Executed on _____        _____  DATE                         SIGNATURE OF SERVER  ADDRESS: |
| ADDITIONAL INFORMATION |

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of United States Customs and Border Protection ("CBP").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the CBP and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.     A meeting that occurred on or about May 13, 2002 during which the participants discussed the topic of online pharmacies; the meeting was attended by FedEx representatives and representatives of the CBP (perhaps including CBP personnel Monty Price and/or Linda Phillips) and various other federal agencies.

2.     Correspondence, meetings or communications that occurred in or around July 2003 concerning a company based in Monterey, Mexico that shipped prescription medications and was associated with the website www.rx-mex.com.

3.     Correspondence, meetings or communications concerning online pharmacies between Pat McCumber (CBP Port Director for Memphis) and/or his subordinates and FedEx personnel, including but not limited to Mark Hogan.

4.     Correspondence, meetings or communications concerning online pharmacies between CBP Chief Inspector Chris Sullivan and/or his subordinates and FedEx personnel.

5.      The June 23, 2005 Parcel Carrier Meeting attended by FedEx employees and
        representatives of the CBP (perhaps including Steve Schorr).

6.      Correspondence, meetings or communications in or around December 2005 and
        January 2006 between CBP personnel Mike Jackson and/or Steve Schorr and
        FedEx personnel concerning a "Customs blitz" of inspections of pharmaceutical
        packages.

7.      Correspondence, meetings or communications between CBP personnel and any
        representative of FedEx that discussed or related to any of the following persons
        or entities:

                Vincent Chhabra
                Robert Smoley
                Sabina Faruqui
                Wayne White
                Anthony Spence
                Christopher Napoli
                Sanford Cohen
                Orlando Birbragher
                Marshall Kanner
                David Glass
                Michael Bezonsky
                Claude Covino
                Creative Pharmacy Services (doing business as Superior Drugs)
                Rx Network
                Icom Group
                Dipardi Pharmacy
                Waterview Pharmacy
                CNL Financial
                Next Generation Health Systems
                Prescriptions & Travel
                Prescription Resources
                Lakeridge Pharmacy
                C&V Pharmacy
                2U Net-Mail (also known as Choice Rx)
                Rx Direct
                Falks Lignell (also known as Falk's Home Medical Supply)
                United Care Pharmacy
                Kwic Fill
                Tri-Phasic Pharmacy
                United Mail LLC
                United Mail Pharmacy
                United Mail Pharmacy Services

USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit D

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>FedEx Corporation et al.<br><br>              Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.:  14-380 (CRB) |

TO:
  United States Postal Inspection Service

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | COURTROOM/JUDGE |
|---|---|
| ☑  United States Courthouse    ☐  United States Courthouse    ☐  United States Courthouse<br>450 Golden Gate Avenue        280 South First Street         1301 Clay Street<br>San Francisco, CA 94102       San Jose, CA 95113          Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| <br>(By) Deputy Clerk<br> | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____     _____<br>　　　　　　　　　　DATE　　　　　　　　　　　SIGNATURE OF SERVER<br><br>　　　　　　　　　　　　　　　　　　　ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
|  |

## **Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the United States Postal Inspection Service ("USPIS").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the USPIS and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.      A meeting that occurred on or about May 13, 2002 during which the participants discussed the topic of online pharmacies; the meeting was attended by FedEx representatives and representatives of the USPIS (perhaps including Paul Trimbar) and various other federal agencies.

2.      Correspondence, meetings or communications in 2004 and 2005 between USPIS personnel (including but not limited to Zane Hill) and FedEx personnel (including but not limited to Bob Bryden and/or Mark Hogan) concerning online pharmacies and ongoing Congressional investigations into the issue.

3.      The June 23, 2005 Parcel Carrier Meeting attended by FedEx employees and representatives of the USPIS (perhaps including Elvin Crespo, Robert Kay, Tony Alverno, Cathy Green, Neva Watson).

4.      Correspondence, meetings or communications between FedEx Security employee Katina Burchfield and USPIS employee Wendy Bolles (or Bowles) —

who may have been stationed in Knoxville, TN — concerning pharmaceutical shipments passing into Tennessee through FedEx's and/or the U.S. Postal Service's networks.

5.     Correspondence, meetings or communications in or around July 2008 between FedEx personnel Terry Harris and Mark Hogan and USPIS Deputy Chief Zane Hill related to online pharmacies.

6.     Correspondence, meetings or communications between USPIS personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

> Vincent Chhabra
> Robert Smoley
> Sabina Faruqui
> Wayne White
> Anthony Spence
> Christopher Napoli
> Sanford Cohen
> Orlando Birbragher
> Marshall Kanner
> David Glass
> Michael Bezonsky
> Claude Covino
> Creative Pharmacy Services (doing business as Superior Drugs)
> Rx Network
> Icom Group
> Dipardi Pharmacy
> Waterview Pharmacy
> CNL Financial
> Next Generation Health Systems
> Prescriptions & Travel
> Prescription Resources
> Lakeridge Pharmacy
> C&V Pharmacy
> 2U Net-Mail (also known as Choice Rx)
> Rx Direct
> Falks Lignell (also known as Falk's Home Medical Supply)
> United Care Pharmacy
> Kwic Fill
> Tri-Phasic Pharmacy
> United Mail LLC
> United Mail Pharmacy
> United Mail Pharmacy Services

USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit E

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FedEx Corporation et al.

Defendant(s).

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Case No.:  14-380 (CRB)

TO:  Florida Department of Law Enforcement

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710    (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____      _____<br>                         DATE                       SIGNATURE OF SERVER<br><br>                                           ADDRESS: |
| ADDITIONAL INFORMATION |

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Florida Department of Law Enforcement ("FDLE").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the FDLE and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.      Correspondence, meetings or communications in or around October 2004 between FDLE personnel and FedEx personnel (including but not limited to Jose Perez or Jose Lopez) concerning (a) an investigation of online pharmacy shipments and/or shippers, possibly including shipments by entities located in Miami and/or Coral Gables, Florida; (b) seizures of packages from FedEx conducted as part of that investigation; and/or (c) a search warrant issued as part of that investigation.

2.      Correspondence, meetings or communications between FDLE personnel and FedEx personnel concerning Creative Pharmacy Services, Superior Drugs or Wayne Thomas White.  This request includes, without limitation:

        a.      Correspondence, meetings or communications in or around November and December 2006 between FLDE personnel (including but not limited to SA Gary Venema and SA Kimmy Poon) and FedEx personnel (including but not limited to Jose Perez or Jose Lopez, Randy Martin, Ted Bergevin

1

or Derrick Johnson) concerning Creative Pharmacy Services, Superior Drugs, Dr. Hassan Gaafar, Dr. Seda Olmo and/or Wayne Thomas White.

b.    Correspondence, meetings or communications in or around March 2008 between FDLE personnel (including but not limited to SA Kimmy Poon), U.S. Drug Enforcement Administration Personnel (including but not limited to Investigator Dianne Williams) and FedEx Security Specialist Sam Cory relating to Creative Pharmacy Services, Superior Pharmacy, usarx.com, Apoptek Pharmacy, Stacy Rolle, Yolanda China, Dr. Onochie Aghaegbuna and/or Wayne White.

c.    Correspondence, meetings or communications in 2008 and 2009 between FDLE personnel and FedEx Security Specialist R. Scott Metts concerning Superior Drugs and/or Creative Pharmacy Services.

3.    Correspondence, meetings or communications between FDLE personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

   Vincent Chhabra
   Robert Smoley
   Sabina Faruqui
   Wayne White
   Anthony Spence
   Christopher Napoli
   Sanford Cohen
   Orlando Birbragher
   Marshall Kanner
   David Glass
   Michael Bezonsky
   Claude Covino
   Creative Pharmacy Services (doing business as Superior Drugs)
   Rx Network
   Icom Group
   Dipardi Pharmacy
   Waterview Pharmacy
   CNL Financial
   Next Generation Health Systems
   Prescriptions & Travel
   Prescription Resources
   Lakeridge Pharmacy
   C&V Pharmacy
   2U Net-Mail (also known as Choice Rx)
   Rx Direct

Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit
F

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>        v.<br><br>  FedEx Corporation et al.<br><br>                                    Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.:  14-380 (CRB) |

TO:  Kentucky Office of the Attorney General

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑  United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐  United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☐  United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

 See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| <br>(By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

 Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
 803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                           DATE                    SIGNATURE OF SERVER

                                                   ADDRESS:

ADDITIONAL INFORMATION

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Kentucky Office of the Attorney General ("KOAG"), including but not limited to the Department of Criminal Investigations and its predecessor, the Kentucky Bureau of Investigations ("KBI"). Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the KOAG and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.      Correspondence, meetings or communications between KBI employees Lynne Thompson, Jennifer Shearer, Jennifer Wilson and/or Michael Fortney and FedEx personnel, including but not limited to Ray Crowley, Robert Bilek, Kirk Morgan and/or Jamella Deraimo, concerning the following subjects: online pharmacies generally; particular online pharmacies; Kentucky's KASPER (Kentucky All Schedule Prescription Electronic Reporting) law and/or violations or potential violations thereof; AVEE pharmacy; AVEE2 pharmacy; FCS; Prescriptions Plus; Doctor's Choice pharmacy; law enforcement seizures of pharmaceutical shipments from FedEx facilities; or law enforcement requests that FedEx hold shipments of pharmaceuticals for seizure or investigation.

2.      Correspondence, meetings or communications in 2005 or 2006 between KBI agent Jennifer Shearer, Kentucky State Police agent Jon Marshall and FedEx personnel Helmut Hagan and/or Michael Cox concerning online pharmacies,

including but not limited to meetings also attended by employees of West Virginia law enforcement and regulatory agencies.

3.      Correspondence, meetings or communications in or around March 2006 between KBI personnel (including but not limited to Lynne Thompson), U.S. Department of Justice personnel (including but not limited to Lillian Olmo) and FedEx personnel (including but not limited to Jamella Deraimo and Kirk Morgan) concerning (a) shipments received by Connie Long, and/or (b) online pharmacy shipments by Doctor's Choice pharmacy.

4.      Correspondence, meetings or communications in or around December 2006 between KOAG or KBI personnel and FedEx personnel (including but not limited to Kirk Morgan) concerning efforts by the KOAG, KBI and/or the U.S. Drug Enforcement Administration to investigate entities named AVEE or AVEE2.  This request includes all correspondence, meetings or communications with FedEx personnel concerning (a) any search warrant seeking evidence related to AVEE or AVEE2 that was served by the KBI at a FedEx facility, or (b) seizure of evidence related to AVEE or AVEE2 from a FedEx facility.

5.      Correspondence, meetings or communications between Kentucky Attorney General Greg Stumbo and/or KBI Commissioner David James and FedEx personnel concerning FedEx's cooperation with the KOAG's and KBI's efforts to investigate online pharmacies.  This request includes all correspondence concerning awards made in 2007 by the KOAG to FedEx and/or its personnel.

6.      Correspondence, meetings or communications between KOAG personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

       Vincent Chhabra
       Robert Smoley
       Sabina Faruqui
       Wayne White
       Anthony Spence
       Christopher Napoli
       Sanford Cohen
       Orlando Birbragher
       Marshall Kanner
       David Glass
       Michael Bezonsky
       Claude Covino
       Creative Pharmacy Services (doing business as Superior Drugs)
       Rx Network
       Icom Group

Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct
Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit
G

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE |
| Plaintiff, | DOCUMENTS OR OBJECTS |
| | IN A CRIMINAL CASE |
| v. | |
| FedEx Corporation et al. | Case No.:  14-380 (CRB) |
| Defendant(s). | |

TO:  Kentucky State Police

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | COURTROOM/JUDGE |
|---|---|
| ☑ United States Courthouse   ☐ United States Courthouse   ☐ United States Courthouse | Judge C.R. Breyer |
| 450 Golden Gate Avenue      280 South First Street        1301 Clay Street | |
| San Francisco, CA 94102     San Jose, CA 95113            Oakland, CA 94612 | |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____                    _____
                          DATE                              SIGNATURE OF SERVER

                                              ADDRESS:

ADDITIONAL INFORMATION

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Kentucky State Police ("KSP").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the KSP and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.      Correspondence, meetings or communications in or around February 2005 between KSP personnel stationed in Louisville, KY and FedEx personnel (including but not limited to Robert Bilek or Eric Borer) on the subject of shipments by online pharmacies based in Florida.

2.      Correspondence, meetings or communications in or around February 2005 between KSP personnel and FedEx personnel Jim Evans and/or Tom Waggoner concerning pharmaceutical shipments into Eastern Kentucky.

3.      Correspondence, meetings or communications in 2005 or 2006 between KSP agent Jon Marshall and FedEx personnel Helmut Hagan and/or Michael Cox concerning online pharmacies, including but not limited to meetings also attended by employees of West Virginia law enforcement and regulatory agencies.

4.  Correspondence, meetings or communications in or around 2005 and 2006 between KSP personnel and FedEx employee Kirk Morgan concerning online pharmacy shipments.

5.  Correspondence, meetings or communications in or about 2005 or 2006 between KSP personnel and FedEx personnel concerning online pharmacy shipments passing through FedEx's Lexington, Kentucky station, including but not limited to a visit by KSP personnel to FedEx's Lexington, Kentucky station and/or a meeting between KSP personnel and FedEx couriers at that station to discuss safety issues.

6.  Correspondence, meetings or communications between KSP personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

> Vincent Chhabra
> Robert Smoley
> Sabina Faruqui
> Wayne White
> Anthony Spence
> Christopher Napoli
> Sanford Cohen
> Orlando Birbragher
> Marshall Kanner
> David Glass
> Michael Bezonsky
> Claude Covino
> Creative Pharmacy Services (doing business as Superior Drugs)
> Rx Network
> Icom Group
> Dipardi Pharmacy
> Waterview Pharmacy
> CNL Financial
> Next Generation Health Systems
> Prescriptions & Travel
> Prescription Resources
> Lakeridge Pharmacy
> C&V Pharmacy
> 2U Net-Mail (also known as Choice Rx)
> Rx Direct
> Falks Lignell (also known as Falk's Home Medical Supply)
> United Care Pharmacy
> Kwic Fill
> Tri-Phasic Pharmacy

United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit
H

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>    v.<br><br>FedEx Corporation et al.<br><br>                 Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.:  14-380 (CRB) |

TO: West Virginia State Police

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | COURTROOM/JUDGE |
|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102    ☐ United States Courthouse 280 South First Street San Jose, CA 95113    ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| <br>(By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____           _____<br>                  DATE                        SIGNATURE OF SERVER<br><br>                                             ADDRESS: |
| ADDITIONAL INFORMATION |

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the West Virginia State Police ("WVSP").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the WVSP and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1. Correspondence, meetings or communications in 2005 or 2006 between WVSP personnel, Kentucky State Police personnel (including without limitation agent Jon Marshall), Kentucky Bureau of Investigation personnel (including without limitation agent Jennifer Shearer), FedEx personnel (including without limitation Helmut Hagan and Michael Cox), and/or other law enforcement agencies concerning online pharmacies.

2. Correspondence, meetings or communications in or around September 2006 between WVSP personnel and FedEx personnel concerning deliveries of controlled substances from pharmacies that were allegedly not properly licensed in West Virginia, law enforcement's confiscation of shipments from such pharmacies, or reports to the U.S. Drug Enforcement Administration about such shipments.

3.    Correspondence, meetings or communications between KSP personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

Vincent Chhabra
Robert Smoley
Sabina Faruqui
Wayne White
Anthony Spence
Christopher Napoli
Sanford Cohen
Orlando Birbragher
Marshall Kanner
David Glass
Michael Bezonsky
Claude Covino
Creative Pharmacy Services (doing business as Superior Drugs)
Rx Network
Icom Group
Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct
Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management

SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

# Exhibit
# I

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>    v.<br><br>FedEx Corporation et al.<br><br>                       Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.:  14-380 (CRB) |

TO: West Virginia Board of Pharmacy

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | COURTROOM/JUDGE |
|---|---|
| ☑  United States Courthouse     ☐  United States Courthouse     ☐  United States Courthouse<br>    450 Golden Gate Avenue         280 South First Street         1301 Clay Street<br>    San Francisco, CA 94102        San Jose, CA 95113         Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| <br>(By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE                                    SIGNATURE OF SERVER

ADDRESS:

ADDITIONAL INFORMATION

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the West Virginia Board of Pharmacy ("WVBP").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the WVBP and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.    Correspondence, meetings or communications in 2005 or 2006 between WVBP personnel, Kentucky State Police personnel (including without limitation agent Jon Marshall), Kentucky Bureau of Investigation personnel (including without limitation agent Jennifer Shearer), FedEx personnel (including without limitation Helmut Hagan and Michael Cox), and/or other law enforcement agencies concerning online pharmacies.

2.    Correspondence, meetings or communications in or around September 2006 between WVBP personnel and FedEx personnel concerning deliveries of controlled substances from pharmacies that were allegedly not properly licensed in West Virginia, law enforcement's confiscation of shipments from such pharmacies, or reports to the U.S. Drug Enforcement Administration about such shipments.

3.     Correspondence, meetings or communications between WVBP personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

Vincent Chhabra
Robert Smoley
Sabina Faruqui
Wayne White
Anthony Spence
Christopher Napoli
Sanford Cohen
Orlando Birbragher
Marshall Kanner
David Glass
Michael Bezonsky
Claude Covino
Creative Pharmacy Services (doing business as Superior Drugs)
Rx Network
Icom Group
Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct
Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management

2

SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

# Exhibit J

CAND 89B (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

    v.

FedEx Corporation et al.

                  Defendant(s).

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Case No.: 14-380 (CRB)

TO: Tennessee Bureau of Investigation

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710    (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE | | PLACE |
| SERVED | DATE | | PLACE |
| SERVED ON (PRINT NAME) | | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct. |

Executed on _____                    _____

DATE                                          SIGNATURE OF SERVER

ADDRESS:

| ADDITIONAL INFORMATION |
|---|
| |

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Tennessee Bureau of Investigation ("TBI").  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the TBI and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.      Correspondence, meetings or communications between TBI personnel and FedEx employees (including without limitation Katina Burchfield, Theodore Hughes, and/or Darrell Roark) concerning apparent online pharmacy shipments arriving at FedEx's Tri-Cities ("TRIA") facility near Johnson City, Tennessee.

2.      Correspondence, meetings or communications between TBI personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

> Vincent Chhabra
> Robert Smoley
> Sabina Faruqui
> Wayne White
> Anthony Spence
> Christopher Napoli
> Sanford Cohen

Orlando Birbragher
Marshall Kanner
David Glass
Michael Bezonsky
Claude Covino
Creative Pharmacy Services (doing business as Superior Drugs)
Rx Network
Icom Group
Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct
Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com

2

ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit
K

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                   Plaintiff,

   v.

   FedEx Corporation et al.

                                   Defendant(s).

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Case No.:  14-380 (CRB)

TO:  Sullivan County (Tennessee) Sheriff's Office

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

 See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

 Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
 803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____          _____<br>                    DATE                              SIGNATURE OF SERVER<br><br>                                           ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
| |

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Sullivan County (Tennessee) Sheriff's Office.  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the Sullivan County (Tennessee) Sheriff's Office and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.    Correspondence, meetings or communications concerning online pharmacy shipments between Sullivan County Sheriff's Office personnel and FedEx employees Darrell Roark, Lester Harrell and/or Charles Dumke.

2.    Correspondence, meetings or communications between Sullivan County Sheriff's Office personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

> Vincent Chhabra
> Robert Smoley
> Sabina Faruqui
> Wayne White
> Anthony Spence
> Christopher Napoli
> Sanford Cohen
> Orlando Birbragher

Marshall Kanner
David Glass
Michael Bezonsky
Claude Covino
Creative Pharmacy Services (doing business as Superior Drugs)
Rx Network
Icom Group
Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct
Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com

discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

# Exhibit
# L

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
|---|---|
| Plaintiff, | |
| v. | Case No.:  14-380 (CRB) |
| FedEx Corporation et al. | |
| Defendant(s). | |

TO:  Bristol (Virginia) Police Department

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES ☐ NO AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____     _____<br>　　　　　　　　　DATE　　　　　　　　　　　　SIGNATURE OF SERVER<br><br>　　　　　　　　　　　　　　　　　　　ADDRESS: |

ADDITIONAL INFORMATION

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Bristol (Virginia) Police Department.  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the Bristol (Virginia) Police Department and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1. Correspondence, meetings or communications between Bristol (Virginia) Police Department personnel and FedEx employee Darrell Roark concerning online pharmacy shipments.

2. Correspondence, meetings or communications between Bristol (Virginia) Police Department personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

> Vincent Chhabra
> Robert Smoley
> Sabina Faruqui
> Wayne White
> Anthony Spence
> Christopher Napoli
> Sanford Cohen
> Orlando Birbragher

Marshall Kanner
David Glass
Michael Bezonsky
Claude Covino
Creative Pharmacy Services (doing business as Superior Drugs)
Rx Network
Icom Group
Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct
Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com

discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

# Exhibit M

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE |
| Plaintiff, | DOCUMENTS OR OBJECTS |
| | IN A CRIMINAL CASE |
| v. | |
| FedEx Corporation et al. | Case No.:  14-380 (CRB) |
| Defendant(s). | |

TO:
  Bristol (Tennessee) Police Department

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | COURTROOM/JUDGE |
|---|---|
| ☑ United States Courthouse     ☐ United States Courthouse     ☐ United States Courthouse<br>450 Golden Gate Avenue          280 South First Street          1301 Clay Street<br>San Francisco, CA 94102          San Jose, CA 95113              Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | DATE AND TIME |

The following document(s) or object(s) shall be produced:

 See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

 Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
 803 Hearst Avenue, Berkeley CA 94710     (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____       _____<br>                  DATE                              SIGNATURE OF SERVER<br><br>                                                      ADDRESS: |
| ADDITIONAL INFORMATION |

**Attachment A**

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Bristol (Tennessee) Police Department.  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the Bristol (Tennessee) Police Department and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1.      Correspondence, meetings or communications between Bristol (Tennessee) Police Department personnel and FedEx employee Darrell Roark concerning online pharmacy shipments.

2.      Correspondence, meetings or communications between Bristol (Tennessee) Police Department personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

>       Vincent Chhabra
>       Robert Smoley
>       Sabina Faruqui
>       Wayne White
>       Anthony Spence
>       Christopher Napoli
>       Sanford Cohen
>       Orlando Birbragher

Marshall Kanner
David Glass
Michael Bezonsky
Claude Covino
Creative Pharmacy Services (doing business as Superior Drugs)
Rx Network
Icom Group
Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct
Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com
fastplanetrx.com
ezmedsonline.com

discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net

Exhibit
N

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FedEx Corporation et al.

Defendant(s).

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Case No.:  14-380 (CRB)

TO: Tazewell County (Virginia) Sheriff's Office

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☐ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Judge C.R. Breyer |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME |

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Cristina C. Arguedas, Arguedas, Cassman & Headley, LLP
803 Hearst Avenue, Berkeley CA 94710    (510) 845-3000

CAND 89B  (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____        _____<br>              DATE                                     SIGNATURE OF SERVER<br><br>                                              ADDRESS: |
| ADDITIONAL INFORMATION |

## Attachment A

As used in this subpoena, the terms "documents" and "records" include, but are not limited to, all books, papers, letters, correspondence, subpoenas, reports, memoranda, studies, calendars, appointment books, diaries, notes, messages, text messages, computer facilitated or transmitted materials, electronically stored information, telephonic voicemails (including those delivered or stored using Voice over Internet Protocol technologies), metadata, images, photographs, polaroids, information in any computer database, audio and video recordings, transcripts, ledgers, printouts, contracts, checks, receipts, and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever.  To the extent that any documentary discovery is also contained in any format other than a paper copy (for example, a disc or computerized database), such electronic versions, including all available metadata, should *also* be produced in addition to the paper copy.

This subpoena requests records maintained by any part of the Tazewell County (Virginia) Sheriff's Office.  Please produce all records created since January 1, 2000 that meet the following descriptions:

All documents and records that constitute, record or discuss any communication or meeting between any employee, agent or representative of the Tazewell County (Virginia) Sheriff's Office and any employee, agent or representative of FedEx Corporation, Federal Express Corporation or FedEx Corporate Services, Inc. (collectively, "FedEx") in which the participants discussed online pharmacies in general or any individual online pharmacy or pharmacies.  In particular, and without limitation of this general request, please produce all documents and records that relate to the following communications, subjects and events:

1. Correspondence, meetings or communications between Tazewell County (Virginia) Sheriff's Office personnel and FedEx employee Darrell Roark concerning online pharmacy shipments, including but not limited to communications and correspondence in and around September 2007 between Roark and Sheriff's detective SC Hagy.

2. Correspondence, meetings or communications between Bristol (Tennessee) Police Department personnel and any representative of FedEx that discussed or related to any of the following persons or entities:

> Vincent Chhabra
> Robert Smoley
> Sabina Faruqui
> Wayne White
> Anthony Spence
> Christopher Napoli

Sanford Cohen
Orlando Birbragher
Marshall Kanner
David Glass
Michael Bezonsky
Claude Covino
Creative Pharmacy Services (doing business as Superior Drugs)
Rx Network
Icom Group
Dipardi Pharmacy
Waterview Pharmacy
CNL Financial
Next Generation Health Systems
Prescriptions & Travel
Prescription Resources
Lakeridge Pharmacy
C&V Pharmacy
2U Net-Mail (also known as Choice Rx)
Rx Direct
Falks Lignell (also known as Falk's Home Medical Supply)
United Care Pharmacy
Kwic Fill
Tri-Phasic Pharmacy
United Mail LLC
United Mail Pharmacy
United Mail Pharmacy Services
USA Prescription, Inc.
VKC Consulting, LLC
Genetechnica
Physicians Online Network
The Spence Group
Pharmacom
Carmel Management
SaveOn Rx
SafescriptsOnline
Affpower
American Medical Services
Dynamic Health Solutions
get-it-on.com
cybrx.com
USAPrescription.com
myrxeasy.com
ezrxovernight.com

fastplanetrx.com
ezmedsonline.com
discreetonlinemeds.com
pricebustersrx.com
safescriptsonline.com
safetrustprocessing.com
integrarx.com
medscriptsmd.com
order-viagra-online.net