In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

### CRIMINAL MINUTES

**Date:** August 19, 2015                              **Time:** 25 minutes

**Court Reporter:** Katherine Sullivan

**Case No. and Name:**   CR-14-0380 CRB   USA v FedEx Corporation Federal Express Corporation, FedEx Corporate Services, Inc.

Attorneys:  (P)Kyle Waldinger          (D) Cristina Arguedas, Ted Cassman, Raphael Goldman, Peter Bloomberg

**USPO:**

**Deputy Clerk:** Barbara Espinoza

### PROCEEDINGS:

Motion to continue trial #111

### SUMMARY:

Court vacates trial and set a status conference.  By the end of September the government is to file a report on whether or not there is a federal prosecution on a legitimate common carrier on controlled substance, the report to include name, case and date.  The defendant is to file their motion seeking the court's intervention before 10/6/2015.  Time excluded from 8/19/2015 to 10/9/2015 to allow defendant effective preparation.

Status conference set for October 6, 2015 at 10:00 a.m.


**()** The defendant ___ is remanded to the custody of the United States Marshal.