# ARGUEDAS, CASSMAN & HEADLEY, LLP

Law Offices

803 Hearst Avenue, Berkeley, California 94710
Phone: (510) 845-3000   Fax: (510) 845-3003
www.achlaw.com

Cristina C. Arguedas
Ted W. Cassman
Laurel L. Headley
Julie A. Salamon
Raphael M. Goldman

Of Counsel:
Christy H. Chandler

August 21, 2015

Honorable Charles R. Breyer
Senior District Judge
c/o Clerk of the Court
United States District Court for the Northern District of California
450 Golden Gate Avenue – 16th Floor
San Francisco, CA  94102

Re:   *United States v. FedEx Corporation et al.*, No. CR 14-380 (CRB)

Your Honor:

As you know, this office represents defendants FedEx Corporation, Federal Express Corporation and FedEx Corporate Services, Inc. in the above-titled matter. On Wednesday, August 19, 2015, the Court heard the FedEx defendants' motion to continue the trial date. The Court vacated the trial date and directed the parties to return on October 6, 2015 for a status conference.

We understood that the Court intended also to vacate the pretrial motions dates and other deadlines established by the Court's January 23, 2015 scheduling order, which appears in the docket as entry #68. The minute order reflecting the proceedings at Wednesday's hearing, however, states only that the Court "vacates trial and set a status conference." *See* Docket #118.

I write to request that the Court enter an order clarifying that the future dates established by the order at Docket #68 are vacated. A proposed order is attached.

Best regards,

Cristina C. Arguedas
ARGUEDAS, CASSMAN & HEADLEY, LLP

*Counsel for FedEx Corporation,
Federal Express Corporation and
FedEx Corporate Services, Inc.*

Encl.