In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

**CRIMINAL MINUTES**

**Date:** October 6, 2015 **Time:** 27 minutes

**Court Reporter:** JoAnn Bryce

**Case No. and Name:** CR-14-0380CRB   USA v FedEx Corporation, Federal Express Corporation, FedEx Corporation Svcs

**Attorneys:** **(P)** Kirstin Ault, Kyle Waldinger, Wilson Leung  **(D)** Cristina Arguedas, Raphael Goldman, Ted Cassman, Allen Ruby

**Deputy Clerk:** Barbara Espinoza

**PROCEEDINGS:**

Status Conference

**SUMMARY:**

The Court sets a trial dates and advises counsel to blackout dates the week of 6/6/2015 for jury selection and all pre-trial matters.  The government is to modify the trial schedule and file a proposed order with the court, counsel to workout schedule.

The government is to submit a general statement regarding redaction to the defendants and include a privilege log with Rule 16 material, identify which they believe are privilege.

Time is excluded up to the trial date of 6/13/2016 for effective preparation.

Jury trial set for June 13, 2016 at 9:00 a.m.