1  DAVID R. CALLAWAY (CABN 121782)
   Attorney for the United States
2  Acting Under Authority Conferred by 28 U.S.C. § 515

3  KIRSTIN M. AULT (CABN 206052)
   KYLE F. WALDINGER (CABN 298752)
4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorneys
5
   JENNY C. ELLICKSON (DCBN 489905)
6  Trial Attorney

7         450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495
8         Telephone: (415) 436-6940
          FAX: (415) 436-7234
9         kirstin.ault@usdoj.gov
          kyle.waldinger@usdoj.gov
10        wilson.leung@usdoj.gov

11 Attorneys for United States of America

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                           SAN FRANCISCO DIVISION

15 UNITED STATES OF AMERICA           )   CR No. 14-380 CRB
                                      )
16         Plaintiff,                 )   SUBMISSION OF PROPOSED SCHEDULING ORDER
                                      )
17     v.                             )
                                      )
18 FEDEX CORPORATION,                 )
   FEDERAL EXPRESS CORPORATION,       )
19     (A/K/A FEDEX EXPRESS)          )
   FEDEX CORPORATE SERVICES, INC.,    )
20                                    )
           Defendants.                )
21                                    )

SUBMISSION OF PROPOSED SCHEDULING ORDER
CR No. 14-380 CRB

1  The United States submits the attached Proposed Scheduling Order for the Court's consideration.
2  Counsel for the United States and for the defendants have met and conferred regarding the attached
3  order and have agreed to the deadlines and dates contained therein.

4

5  DATED: October 15, 2015                    DAVID R. CALLAWAY
                                              Attorney for the United States Acting Under
6                                             Authority Conferred by 28 U.S.C. § 515

7                                                        /s
8                                             _____
                                              KIRSTIN M. AULT
9                                             KYLE F. WALDINGER
                                              WILSON W.S. LEUNG
10                                            Assistant United States Attorneys

11                                            JENNY C. ELLICKSON
                                              Trial Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBMISSION OF PROPOSED SCHEDULING ORDER         2
CR No. 14-380 CRB