1
2
3
4
5
6
7
8
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13

| UNITED STATES OF AMERICA, | ) | NO. CR 14-380 CRB |
|---|---|---|
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING IN-PART FEDEX DEFENDANTS' MOTION TO CONTINUE THE DATE FOR TRIAL, EXCLUDING TIME FROM OCTOBER 6, 2015, THROUGH JUNE 13, 2016, AND RE-SETTING PRE-TRIAL FILINGS AND TRIAL SCHEDULE |
| v. | ) ) ) | |
| FEDEX CORPORATION, FEDERAL EXPRESS CORPORATION (A/K/A FEDEX EXPRESS) FEDEX CORPORATE SERVICES, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

21      The FedEx Defendants' Motion to Continue the Date for Trial is GRANTED IN PART. The

22  Court continues the dates for trial and pre-trial filings as set forth below and excludes time under the

23  Speedy Trial Act from October 6, 2015 through June 13, 2016.  The parties have represented that the

24  matter pending before the Court is complex, entailing the production of considerable discovery and the

25  resolution of potentially complicated legal issues.  Defense counsel has represented that their review of

26  discovery and pre-trial investigation is on-going and cannot be completed absent a continuance of the

27
28

trial date by several months. Therefore, the Court hereby ORDERS that the trial date and dates for pre-trial matters be reset as follows:

1. Pre-Trial Deadlines

    Expert Disclosures

    a. October 28, 2015 – Rebuttal expert disclosures are due.

    Grand Jury Disclosures

    a. February 17, 2016 – remaining grand jury transcripts from the Northern District of California, subject to disclosure, shall be disclosed.

    Motions Round #3 (Discovery and Dispositive Motions)

    a. January 13, 2016 – Motions Round #3 – opening briefs are due.

    b. February 10, 2016 – Motions Round #3 – responsive briefs are due.

    c. February 24, 2016 – Motions Round #3 – reply briefs are due.

    d. March 2, 2016 at 2:00 p.m. – Motions Round #3 – motions hearing shall be held.

    Pre-Trial Litigation

    a. December 15, 2015 – the privilege log ordered by the Court at the October 6, 2015 hearing is due.

    b. March 30, 2016 – Rule 404(b) notice is due.

    c. April 11, 2016 – United States' witness list is due.

    d. April 14, 2016 – Defense witness list is due.

    e. April 27, 2016 – Motions in Limine are due.

    f. May 18, 2016 – Motions in Limine oppositions are due.

    g. May 25, 2016 – Motions in Limine replies are due.

    h. May 25, 2016 – Pretrial filings are due.

2. A Pretrial Conference shall be held in this matter on June 1, 2016 at 2:00 p.m.

3. Remaining pretrial matters shall be resolved and jury selection shall be held during the week of June 6, 2016.

4. Opening statements shall commence on June 13, 2016.

5. Based upon the representations of counsel, and for good cause shown, the Court finds

1  that (1) the matter is complex, and (2) failing to exclude the time between October 6, 2015, and June 13,
2  2016, would unreasonably deny counsel for the defendants the reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(ii) & (iv).
4  The Court further finds that the ends of justice served by excluding the time between October 6, 2015,
5  and June 13, 2016, from computation under the Speedy Trial Act outweigh the best interests of the
6  public and the defendants in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time
7  between October 6, 2015, and June 13, 2016, shall be excluded from computation under the Speedy
8  Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(ii) & (iv).

11  DATED: _____          _____
                                        HON. CHARLES R. BREYER
12                                      United States District Judge