In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

**CRIMINAL MINUTES**

**Date:** March 2, 2016	**Time:** 52 minutes

**Court Reporter:** Vickie Valine

**Case No. and Name:** CR-14-0380CRB     USA v FedEx Corp. Federal Express Corp., FedEx Corp Svcs, Inc.

**Attorneys:  (P)** Kirstin Ault, Jenny Ellickson, Wilson Leung   **(D)** Cristina Arguedas, Ted Cassman, Rapahel Goldman, Allen Ruby

**Deputy Clerk:** Barbara Espinoza

**PROCEEDINGS:**

Motion to dismiss #160

**SUMMARY:**

Court to issue opinion.  The government to propose set of stipulations, the defendant to review and see if they have a good faith reason why they should not submit to stipulations.

Pretrial conference reset to May 19, 2016 at 9:30 am.

**()** The defendant is remanded to the custody of the United States Marshal.