In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

### CRIMINAL MINUTES

**Date:** April 20, 2016    **Time:** 41 minutes

**Court Reporter:** Debbie Pas

**Case No. and Name:** CR-14-0380 CRB   USA v FedEx Corp, Federal Express Corp, FedEx Corporate Svcs

**Attorneys:** **(P)** Kristin Ault, John Hemann, Jenny Allickson **(D)** Cristina Arguedas, Raphael Goldman, Ted Cassman, Connie Lindsay, Peter Blumberg

**Deputy Clerk:** Barbara Espinoza

### PROCEEDINGS:

Motions to dismiss (docs 158, 159)

### SUMMARY:

Motion to dismiss as to the venue issue (counts 12, 17) is denied, as to count 18 the motion is denied but the court will review the material submitted by defense counsel and advise parties if there is a change.  The government is to submit proposed stipulation to defense by 5/12/2016.

**()** The defendant is remanded to the custody of the United States Marshal.