Cristina C. Arguedas (CalBN 87787)
Email: arguedas@achlaw.com
Ted W. Cassman (CalBN 98932)
Email: cassman@achlaw.com
Raphael M. Goldman (CalBN 229261)
Email: goldman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

Allen J. Ruby (CalBN 47109)
Email: allen.ruby@skadden.com
Jack P. DiCanio (CalBN 138782)
Email: jack.dicanio@skadden.com
Patrick Hammon (CalBN 255047)
Email: patrick.hammon@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Counsel for FedEx Corporation, Federal Express Corporation and FedEx Corporate Services, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

FEDEX CORPORATION, FEDERAL EXPRESS CORPORATION, and FEDEX CORPORATE SERVICES, INC.,

Defendants.

**No. CR 14-380 (CRB)**

**FEDEX DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO SEEK RECONSIDERATION CONCERNING THE VIOLATION OF CONSTITUTIONAL FAIR WARNING PRINCIPLES and ORDER**

Hon. Charles R. Breyer

UNITED STATES DISTRICT COURT
DENIED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

FedEx Corporation, Federal Express Corporation and FedEx Corporate Services, Inc. (collectively, "FedEx") hereby request leave to seek reconsideration of a Court order.

In May 2015, the Court denied FedEx's Motion to Dismiss the Indictment Pursuant to the Common Carrier Exemptions in Title 21 of the United States Code. *See* Dkt. 87 (Motion); Dkt. 105 (5/14/2015 Hrg Tx). One feature of FedEx's motion was an argument that a conviction under the superseding indictment would offend the Fifth Amendment by imposing a criminal sanction in the absence of fair warning that the charged conduct violated the criminal laws. Dkt. 87 at 35-39. However, the parties did not discuss that ground during oral argument. *See* Dkt. 105, *passim*.

Since the date that FedEx's motion was argued, the Court has asked the parties to brief the question whether there has been "another criminal prosecution in the United States of America of a common carrier which it is recognized is engaged in legitimate business transactions — so it's not just set up for the purpose of delivering drugs — of this type?" Dkt. 122 at 11:11-15; Dkt. 131. The parties responded, *see* Dkt. 127 & 140, and the Court concluded from these submissions that this prosecution is "unique." Dkt. 165 at 8.

FedEx acknowledges that this motion does not meet the usual requirements for a civil motion for reconsideration under Civil Local Rule 7-9. Nonetheless, FedEx believes that, given the novelty of the prosecution, and the statutory schemes that govern this case, the matter should not proceed to trial. FedEx had no fair warning under the law that the government would consider the charged conduct to be a violation of the criminal law.

Accordingly, FedEx requests leave to file the motion for reconsideration attached hereto as Exhibit A. Should the Court grant this motion for leave to seek reconsideration, FedEx requests that the Court file the attached motion and set a hearing and briefing schedule that is convenient to the Court.

Respectfully submitted,

Dated: May 5, 2016

ARGUEDAS, CASSMAN & HEADLEY, LLP

By: ___________/s/___________________________

Raphael M. Goldman
803 Hearst Avenue
Berkeley, CA 94710
(510) 845-3000

Counsel for Federal Express Corporation, FedEx Corporation and FedEx Corporate Services, Inc.

**ORDER**

The FedEx defendants' motion for leave to seek reconsideration is GRANTED. The motion attached as Exhibit A hereto shall be deemed FILED. The government shall respond to the motion by ______________________, and F[illegible] ay file a reply brief on or before ________________. The mat[illegible] the Court on ________________ at ______________.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Charles R. Breyer

IT IS SO ORDERED,

Dated: May 6, 2016

______________________________
Hon. Charles R. Breyer
United States District Court Judge