IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDEX CORPORATION, et al.,<br><br>    Defendants. | No. CR 14-380 CRB<br><br>**ORDER RE JUNE 1 ADMIN MOTION** |

The government has moved for an expedited briefing schedule and for permission to file an ex parte brief with the Court regarding order of proof. See Administrative Motion (dkt. 307). The Court GRANTS the government's motion for an expedited briefing schedule, VACATES the status conference set for June 7 and RESETS it for June 6 at 9 AM, and DENIES the government's request to file an ex parte brief. The government may file the requested brief only if it shares that brief with FedEx and allows FedEx to respond.

**IT IS SO ORDERED.**

Dated: June 1, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE