UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, FEDERAL EXPRESS CORPORATION, and FEDEX CORPORATE SERVICES, INC.,<br><br>Defendants. | No. CR 14-380 (CRB)<br><br><br>JUROR QUESTIONNAIRE |

**JUROR QUESTIONNAIRE**

You have been summoned by this Court for jury selection. The case for which you have been summoned for jury selection is a criminal case entitled *United States of America v. FedEx Corporation, Federal Express Corporation, and FedEx Corporate Services, Inc.* (collectively, "FedEx") The United States alleges that between 2000 and 2010 FedEx was distributing prescription drugs in violation of the Controlled Substances Act and the Food Drug and Cosmetic Act. FedEx has been charged with conspiracy and other illegal acts related to these violations of federal law. FedEx has pled not guilty to all charges.

As part of the jury selection process, each of you must complete this juror questionnaire. The questions on this form are asked to assist the Court and the attorneys in the jury selection process for this trial. This questionnaire is designed to obtain information about your background as it relates to your possible service as a fair and impartial juror in this case. Its use will avoid the necessity of asking each prospective juror every one of these questions in open Court.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues that must be decided in this case. The

questions are not meant to invade your privacy but to help select a fair and impartial jury for this case. If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so. Please answer each question as fully as you can. Your complete honesty is essential. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank. If you do not understand the question, please write that in the space for the answer.

      If you feel the answer is too personal, please say so in the space provided. You will have the opportunity to discuss your answer privately. If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire. If you use the explanation sheets, please make sure to indicate which numbered question you are answering. <u>DO NOT WRITE ON THE BACK OF ANY PAGE.</u>

      You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors. It is also important that you do not engage in any research such as searching for stories or reports on the internet. Your answers are confidential. They will be reviewed by the judge and the lawyers in this case. Following jury selection, the original questionnaire will be kept under seal and will be disclosed, if at all, with names and other identifying information removed.

      Please print your name on the cover page and, upon completion, sign your name on the last page where indicated. If possible print your answers and use ink only. You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

**1.** Your Full Name: _____

☐ Dr.   ☐ Mr.   ☐ Mrs.   ☐ Miss   ☐ Ms.

**2.** Your age: _____

**3.** City of residence: _____

**4.** Rent _____     Own _____     Other _____

**5.** How long have you lived at that location? _____

**6.** Please list any other communities in which you have lived in the past ten years:

_____

_____

_____

**7.** Your place of birth: _____

**8.** Please list your parents' occupations:  (If retired/deceased, list most recent occupation)

Mother: _____

Father: _____

Stepmother: _____

Stepfather: _____

**9.** Marital status: ☐ Single   ☐ Married   ☐ Separated   ☐ Divorced   ☐ Widowed
☐ Live with partner

**10.** If you have children and/or stepchildren, please answer the below about them:

| Sex | Age | Level of education | Occupation | Live with you? |
|---|---|---|---|---|
| ___ | ___ | _____ | _____ | _____ |
| ___ | ___ | _____ | _____ | _____ |
| ___ | ___ | _____ | _____ | _____ |
| ___ | ___ | _____ | _____ | _____ |

**11.** Please list the relationships and occupations of other adults with whom you live (if not listed above):

| Relation to you | Occupation |
|---|---|
|  |  |
|  |  |
|  |  |

**12.** Please describe the highest level of education you have completed:

☐ Some high school or G.E.D.    ☐ Associate Degree
☐ High school graduate           ☐ Bachelor's Degree
☐ Technical or business school   ☐ Post-graduate work
☐ Law School

**13.** Please identify your current employment status and, if currently employed, describe your current job by indicating your title, employer, job duties, and length of employment.

☐ Full-time        ☐ Unemployed
☐ Part-time        ☐ Retired
☐ Homemaker        ☐ Full-time student

Description: _____
_____
_____

**14.** Please list any jobs you have had in the past ten (10) years, starting with the most recent job and describe what you did at each job:

| Job Title | Employer | Job Duties | Dates worked |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4

**15.**     Please list any jobs in which you were responsible for compliance, safety training or enforcing safety rules and regulations:

_____
_____
_____

**16.**     Please list any occupation you have had that required a state or federal license to operate:

_____
_____
_____

**17.**     Please list any vocational, college, law or graduate schools you have attended:

| Name of School | Area of study | Degree |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**18.**     Please check the highest level of education your spouse/partner has completed:  If widowed, divorced or separated, please answer regarding your late or former spouse/partner.

☐ Some high school or G.E.D.          ☐ Associate Degree
☐ High school graduate                ☐ Bachelor's Degree
☐ Technical or business school        ☐ Post-graduate work
☐ Law School

**19.**     Please list the current employment status of your spouse/partner.  (If widowed, divorced, or separated, please list their most recent status.)

☐ Full-time          ☐ Unemployed
☐ Part-time          ☐ Retired
☐ Homemaker          ☐ Full-time student

5

**20.** If you, your current spouse/partner, or any child has ever served in the military, please list:

| Name & Relation to You | Branch of Service | Combat (yes or no) | Rank at Time of Discharge |
|---|---|---|---|
| | | | |
| | | | |

**21.** Have you ever been employed in the field of health care, including in a physician's office or pharmacy?

_____ Yes         _____ No

If yes, please describe your employment and when you were so employed:

_____
_____
_____

Are you or any of your close friends or family members associated with or part of the medical or pharmacy profession?

_____ Yes         _____ No

If yes, please describe the association:

_____
_____
_____

**22.** If you, a family member, or close friend has ever had training in or worked in any of the following, please check all that apply:

☐ United States Postal Service (USPS)
☐ Federal Express (FedEx)
☐ United Parcel Service (UPS)
☐ DHL
☐ Any other delivery or transit company

**23.**    Please list if you have ever been seriously injured or a family member or close friend has ever been seriously injured or killed in an accident that was caused by someone who was under the influence of drugs or alcohol:

_____
_____
_____

**24.**    Have you ever obtained prescription medication through the Internet?  ____Yes  ____No

If Yes, please check which best describes your experience and explain briefly.  My experience was:

_____ Positive        _____ Negative        _____ Neither

Please explain:

_____
_____
_____

**25.**    Please describe any negative experiences you, a family member, or close friend has ever had involving a prescription drug:

_____
_____
_____

**26.**    Have you belonged to any organizations concerned with criminal law, drug enforcement, the criminal justice system, or victim's rights?

_____ Yes             _____ No

If yes, please provide the name and a description of the organization:

_____
_____
_____

**27.**    Have you or a close friend or family member ever been arrested for or charged with a criminal offense, other than a minor traffic violation?

_____ Yes             _____ No

If so, please describe the circumstances below (may be done in private if requested).

7

_____
_____
_____

**28.**    Would you be able to consider the testimony of a witness in law enforcement in the same way that you would consider the testimony of any other witness?

_____Yes    _____No

**29.**    Have you or a close friend or family member ever had an experience with law enforcement that would affect your ability to be fair and impartial in this case?

_____Yes    _____No

If YES, please describe:

_____
_____
_____
_____

**30.**    Do you have any opinions about the criminal justice system that would affect your ability to be fair and impartial.

_____Yes    _____No

If YES, please describe:

_____
_____
_____
_____

**31.**    Have you or any member of your family made a claim against the United States government, or had a dispute or contested matter with any federal agency?

_____Yes    _____No

If YES, what was the nature of the claim or dispute? Did you feel you were treated fairly by the government and the agency involved?

_____
_____
_____
_____

**32.** How many times have you served on a jury?  ____ 0   ____ 1   ____ 2   ____ 3+
   a. What kinds of case(s) did you hear?  ____ Civil  ____ Criminal  ____ Both
   b. In how many cases did the jury reach a verdict?  _____

**33.** Please describe any negative experiences you, a family member, or close friend has ever had involving a physician or pharmacist:

   _____
   _____
   _____

**34.** Have you heard, read, or seen anything, including newspaper or magazine articles and television programs, discussing prescriptions for drugs or controlled substances being issued by physicians over the Internet to patients?  _____Yes   _____No

   If yes, please explain:

   _____
   _____
   _____
   _____

**35.** Does the fact that the charges in this case involve allegations of drug offenses affect your ability to fairly and impartially judge the evidence in this case?

   _____Yes   _____No

   If yes, please explain:

   _____
   _____

**36.** Do you believe that it is appropriate for the federal government to have regulations concerning the distribution by physicians of controlled substances, including pharmaceutical drugs?

   _____Yes   _____No

**37.** Have you read, seen, or heard anything about this case or any similar case?

   _____ Yes            _____ No

   If YES, please explain on the next page what you have read, seen, or heard:

9

_____
_____
_____

**38.**  **S**ome people have strong feelings about large corporations and their executives based on what they have read or heard in the news or from other people.  If you have strong feelings concerning corporations and their executives, please describe:

_____
_____
_____

**39.**  Have you had any negative experiences with FedEx?  _____ Yes   _____No

If yes, please describe:

_____
_____
_____

**40.**  Please list any medical conditions you have that would make it difficult for you to serve as a juror:

_____
_____
_____

**41.**  Do you have any difficulty understanding English?  _____ Yes   _____No

**42.**  Please list any difficulties regarding your eyesight or hearing that might prevent you from viewing evidence, observing or hearing witnesses, lawyers or the judge:

_____
_____
_____

**43.**  Do you have any moral, religious, or ethical beliefs that would make it difficult for you to sit as a juror in this case?

_____Yes   _____No

If YES, please explain:

_____
_____

**44.**     Is there any matter about you potential jury service on this case that you would prefer to discuss privately with the judge? _____ Yes _____ No

**45.**     On the list attached at the bottom of this questionnaire, please circle the name of any of the listed people that you personally know.

### JUROR'S OATH

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others, or received assistance in completing the questionnaire.

_____
Signature

_____
Print Name

_____
Date

## ADDITIONAL RESPONSES

| QUESTION # | RESPONSE |
|---|---|
| | |

Case 3:14-cr-00380-CRB   Document 310   Filed 06/01/16   Page 12 of 15

| QUESTION # | RESPONSE |
| --- | --- |
| _____ | _____ |

1. Angela Barajas
2. Catherine Stonefelt
3. Dashlene Bull
4. Denise Saunders
5. Donald Huffman
6. Jennifer Young
7. Joyce Archain
8. Kellie Arechiga
9. Kevin Smith
10. Marchelle Bataglia
11. Margaret O'Donnell
12. Ruth Gemignani
13. Sara Johnson
14. Delbert Tullos
15. Allen Mann
16. Kimberly Abreu
17. Onochie Aghaegbuna
18. Ranvir Ahlawat
19. John Barna
20. Carolyn Becker
21. Kendell Black
22. Cindy Blankenship
23. James Beatty
24. Raymond Brashier
25. Brandon Bridgers
26. David Brown
27. James Byrom
28. Craig Chambers
29. Jason Chin
30. Alan Clesi
31. Louis Cohen
32. Josh Croft
33. Jamella Deraimo
34. Scott Doubet
35. Susan Foster
36. Juan Gallinal
37. Gerard Gobin
38. Marc Gonzalez
39. Heath Harlem
40. Laura Hunt
41. Julie Jackson
42. Melissa Jones
43. Josh Kohler
44. Maureen Kokeas
45. John Kushnir
46. Connie Leung
47. Carolyn Lucchesi
48. Bernard Marino
49. Elinor McCance-Katz
50. Kirk Morgan
51. Dale Newkirk
52. Karl Nichols
53. Jennifer O'Toole
54. Charles Pavelites
55. Melissa Perkins
56. Steve Pittman
57. Julie Pohutsky
58. Reggie Rankins
59. James Rawson
60. Donna Richards
61. Shimon Richmond
62. Herman Robertson
63. David Russell
64. Mary Shelfer
65. Mike Smith
66. Jason Stewart
67. Karl Stingily
68. Bruce Townsend
69. Charles Trant
70. Bonnie Wagner
71. Steve Wallace
72. David Waycaster
73. George Webster
74. Wayne White
75. Aprile Whitesell
76. Diane Williams
77. Faith Wilson
78. Susan Zennan
79. Cesar Arias
80. Robert Bilek
81. Katina Burchfield
82. Jennifer Carpenter (Shearer)
83. Bala G. Dharan
84. Robert Dooley
85. Joel Dunn
86. Keith Elton
87. Jill EnYart
88. Cesar Facio
89. Phyllis Garrett
90. Carl Griffith
91. Terry Harris
92. Mark Hogan
93. Donna M. Horn
94. Ann Kalish

95. Sara Helen Lowe
96. Michael Mapes
97. R. Scott Metts
98. Robert Otero
99. Jose Perez
100. Tashawn Pirela
101. Kimmy Poon
102. Rick Rumley
103. Dan Sobolewski
104. Jeremy Sorrells
105. Matt Vega
106. Vincent Vela
107. Trey Wade
108. Jim Waters