In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

### CRIMINAL MINUTES

**Date:**   June 8, 2016                                                        **Time:** 30 minutes

**Court Reporter:**  Pam Batalo

**Case No. and Name:**   CR-14-0380CRB    USA  v Fedex Corporate Svc, et al.

**Attorneys:   (P)** Kirstin Ault, John Hemann, Jenny Ellickson **(D)** Cristina Arguedas, Raphael Goldman, Ted Cassman, Allan Ruby, Peter Blumberg, Connie Lewis Lensing

**Deputy Clerk:**  Barbara Espinoza

### PROCEEDINGS:

Jury Selection

### SUMMARY:

The defendants waive their right to trial by jury, the Court excuses the jury panel and proceeds to set trial schedule for a bench trial.

**Dark days:**  July 1,  July 11 thru 15, July 21 and 22; July 26, 28 and 29, 2016.  Note that trial may begin later than 9:00 on June 30, 2016.

Status conference set for June 9, 2016 at 11:00 a.m.

**()** The defendant is remanded to the custody of the United States Marshal.