| | |
|---|---|
| CRISTINA C. ARGUEDAS, SBN 87787<br>TED W. CASSMAN, SBN 98932<br>RAPHAEL M. GOLDMAN, SBN 229261<br>ARGUEDAS, CASSMAN & HEADLEY LLP<br>803 Hearst Avenue<br>Berkeley, CA  94710<br>Telephone: (510) 845-3000<br>Facsimile:  (510) 845-3003<br>arguedas@achlaw.com<br>cassman@achlaw.com<br>Goldman@achlaw.com | ALLEN J. RUBY, SBN 47109<br>JACK P. DICANIO, SBN 138782<br>PATRICK HAMMON, SBN 255047<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>  FLOM LLP<br>525 University Avenue, Suite 1400<br>Palo Alto, California 94301<br>Telephone: (650) 470-4500<br>Facsimile:  (650) 470-4570<br>allen.ruby@skadden.com<br>jack.dicanio@skadden.com<br>patrick.hammon@skadden.com |

Attorneys for Defendants
FEDEX CORPORATION, FEDERAL EXPRESS CORPORATION, (A/K/A FEDEX EXPRESS), and FEDEX CORPORATE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>FEDEX CORPORATION,<br>FEDERAL EXPRESS CORPORATION,<br>(A/K/A FEDEX EXPRESS), and<br>FEDEX CORPORATE SERVICES, INC.,<br><br>                    Defendants. | CASE NO.: 14-380 CRB<br><br>ORDER GRANTING ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM DURING TRIAL<br><br>Trial Date:  June 13, 2016<br>Time:       9:00 a.m.<br>Court:      Courtroom No. 8<br>Judge:      The Hon. Charles R. Breyer |

The Court having considered the Administrative Request to Bring electronic Equipment and Other Materials Into the Courtroom During Trial hereby GRANTS the Administrative Request.

Aquipt, defendant's hardware equipment rental vendor, and their associates are also authorized to bring this equipment into Courtroom 8 on the 17th floor.  In addition, each

1. attorney and staff for the Parties to this action may bring a laptop computer for use in the
2. courtroom.  Court staff, including Assistant U.S. Marshalls on duty, are directed to allow
3. and facilitate the activities set forth above.
4. **IT IS SO ORDERED**
5. Dated:  June 8, 2016

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE